**KELLEY DRYE & WARREN LLP**
Rebecca B. Durrant (SBN 350444)
350 South Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone: (212) 808-7551
Facsimile: (213) 547-4901
rdurrant@kelleydrye.com

**KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti (*pro hac vice*)
Whitney M. Smith (*pro hac vice*)
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
wsmith@kelleydrye.com

**KELLEY DRYE & WARREN LLP**
Stephanie A. Carroll (*pro hac vice* forthcoming)
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
scarroll@kelleydrye.com

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**NEIL GETZ** and **JUSTIN BREWER,** individually and on behalf of all others similarly situated,

Plaintiffs,

v.

**CVS HEALTH CORPORATION** and **CVS PHARMACY, INC.**,

Defendants.

Case No. 2:25-cv-04689-MWC-E

**DEFENDANT CVS'S NOTICE OF MOTION TO COMPEL ARBITRATION OF PLAINTIFF NEIL GETZ'S INDIVIDUAL CLAIMS**

[Hon. Michelle Williams Court]

Hearing: September 26, 2025
Time: 1:30 p.m.
Location: Courtroom 6A

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on September 26, 2025 at 1:30 p.m., or as soon as the matter can be heard before the Honorable Michelle Williams Court in Courtroom 6A of the United States District Court for the Central District of California, located at 350 W. 1st Street, 6th Floor, Los Angeles, California 90012, Defendants CVS Health Corporation[1] and CVS Pharmacy, Inc. (collectively, "CVS") will and hereby do move this Court for an Order compelling Plaintiff Neil Getz ("Getz") to arbitrate his individual claims and dismissing Getz and his class and representative claims from this action, or in the alternative, staying such claims.

CVS moves to compel Getz to arbitrate his claims pursuant to the Federal Arbitration Act, 9. U.S.C. § 2, and Code of Civil Procedure sections 1281 and 1281.2, on the ground that Getz entered into and is bound by a valid arbitration agreement with CVS in which he agreed to arbitrate disputes with CVS on an individual basis.

CVS's counsel certifies that she has attempted to exhaust efforts to meet and confer with Plaintiffs' counsel about this Motion in compliance with Local Rule 7-3, which took place on July 16, 2025, in addition to other efforts to confer with Plaintiffs' counsel that are discussed more fully in the concurrently-filed Declaration of Whitney M. Smith.

This Motion is based on this notice of motion, the accompanying memorandum of points and authorities in support of this motion, the Declaration of Whitney M. Smith, the Declaration of Sheila Bowe, all pleadings filed with this Court, any Reply filed in support, and any oral argument that may be presented at the hearing.

---

[1] CVS Health Corporation is a holding company that is improperly named herein.

DATED: August 13, 2025

Respectfully submitted,

By: /s/ Whitney M. Smith

Whitney M. Smith (*pro hac vice*)
**KELLEY DRYE & WARREN LLP**
One Jefferson Road
Parsippany, New Jersey 07054
Tel.: (973) 503-5900
Fax: (973) 503-5950
wsmith@kelleydrye.com

*Counsel for CVS Health Corporation and CVS Pharmacy, Inc.*