**KELLEY DRYE & WARREN LLP**
Rebecca B. Durrant (SBN 350444)
350 South Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone: (212) 808-7551
Facsimile: (213) 547-4901
rdurrant@kelleydrye.com

**KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti (*pro hac vice*)
Whitney M. Smith (*pro hac vice*)
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
wsmith@kelleydrye.com

**KELLEY DRYE & WARREN LLP**
Stephanie A. Carroll (*pro hac vice* forthcoming)
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
scarroll@kelleydrye.com

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**NEIL GETZ** and **JUSTIN BREWER,** individually and on behalf of all others similarly situated,

Plaintiffs,

v.

**CVS HEALTH CORPORATION** and **CVS PHARMACY, INC.**,

Defendants.

Case No. 2:25-cv-04689-MWC-E

**DEFENDANT CVS'S NOTICE OF MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO STRIKE CLASS ALLEGATIONS**

[Hon. Michelle Williams Court]

Hearing: Friday, September 26, 2025
Time: 1:30 p.m.
Location: Courtroom 6A

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on Friday, September 26, 2025 at 1:30 p.m., or as soon as the matter can be heard before the Honorable Michelle Williams Court in Courtroom 6A of the United States District Court for the Central District of California, located at 350 W. 1st Street, 6th Floor, Los Angeles, California 90012, Defendants CVS Health Corporation[1] and CVS Pharmacy, Inc. (collectively, "CVS") will and hereby do move this Court for an Order dismissing the First Amended Complaint ("FAC") with prejudice for failure to state a claim under Federal Rule of Civil Procedure Rule 12(b)(6), or in the alternative, an Order striking class allegations as immaterial and impertinent from the FAC under Federal Rule of Civil Procedure Rule 12(f).

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on July 16, 2025. Prior to the conference, counsel for CVS sent an email to counsel for Plaintiffs detailing the bases for its Motion. On August 6, 2025, counsel for CVS sent a second email to counsel for Plaintiffs, reiterating that CVS intended to file this Motion for the reasons set forth in its July 16, 2025 email and as discussed in the conference call later that day. This Motion is based on this notice of motion, the accompanying memorandum of points and authorities in support of this motion, all pleadings filed with this Court, any Reply filed in support, and any oral argument that may be presented at the hearing.

DATED: August 13, 2025 Respectfully submitted,

---

[1] CVS Health Corporation is a holding company that is improperly named herein.

By: /s/ Whitney M. Smith

Whitney M. Smith (*pro hac vice*)
**KELLEY DRYE & WARREN LLP**
One Jefferson Road
Parsippany, New Jersey 07054
Tel.: (973) 503-5900
Fax: (973) 503-5950
wsmith@kelleydrye.com

*Counsel for CVS Health Corporation and CVS Pharmacy, Inc.*