Matthew D. Pearson (SBN 294302)
Matthew.Pearson@wbd-us.com
Monique Matar (SBN 317145)
Monique.Matar@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
400 Spectrum Center Drive, Suite 1700
Irvine, California 92618
Telephone: (714) 557-3800
Facsimile: (714) 557-3347

Tomio B. Narita (SBN156576
Tomio.Narita@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
50 California St, Ste 2750,
San Francisco, CA 94111
Telephone: (415) 765-6274

*Attorneys for Defendant*
MEDALLIA, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

NEIL GETZ and JUSTIN BREWER, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CVS HEALTH CORPORATION, CVS PHARMACY, INC., CRITEO CORP., and MEDALLIA, INC.

Defendants.

Case No.: 2:25-cv-04689-MWC-E

**DEFENDANT MEDALLIA, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS**

[Filed concurrently with Memorandum of Points and Authorities; Declarations of Matthew D. Pearson and David Garrod; and (Proposed) Order]

Complaint Served: July 9, 2025

**DATE: OCTOBER 24, 2025**
**TIME: 1:30 P.M.**
**COURTROOM: 6A, 6TH FLOOR**

## NOTICE OF MOTION

**NOTICE IS HEREBY GIVEN** that on October 24, 2025, at 1:30 p.m. in Courtroom 6A of the United States District Court, Central District of California, located at 350 West First Street, Los Angeles, CA 90012, Defendant Medallia, Inc. ("Medallia") will and hereby does move, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), for an order dismissing Plaintiff Justin Brewer's ("Plaintiff") First Amended Class Action Complaint ("Complaint").

This motion is made on the grounds that Plaintiff has not alleged and cannot allege that he suffered an injury-in-fact sufficient to establish Article III standing as a result of anything Medallia did or did not do.

This motion is also made on the grounds that Plaintiff has failed to state against Medallia a plausible claim. Specifically, Plaintiff has failed to allege that:

1. Medallia engaged in any conduct that resulted in an offensive or serious invasion of Plaintiff's privacy;
2. Medallia breached any duty owed to Plaintiff that resulted in Plaintiff suffering any type of cognizable damage;
3. Plaintiff was injured by any alleged violation by Medallia of the California Invasion of Privacy Act; and
4. Medallia read, attempted to read, or leaned the contents of Plaintiff's communications with Defendant CVS Pharmacy, Inc. while those communications were in transit.

This motion is based on this Notice of Motion; the accompanying Memorandum of Points and Authorities; the Declarations of Matthew D. Pearson and David Garrod; the Court's file and records in this action; and such other evidence and arguments as may be made or presented at or before the hearing on this Motion.

Pursuant to Local Rule 7-3, counsel for Medallia and counsel for Plaintiff telephonically met and conferred on the substance of this Motion on September 5, 2025. [Declaration of Matthew D. Pearson ("Pearson Decl."), ¶¶ 2-4.] As a result of

that meet and confer, Plaintiff agreed to dismiss against Medallia his claims for breach of confidence and violation of California's Unfair Competition Law, Bus. & Profs. Code § 17200 *et seq*. [*Id.* at ¶ 5.] Plaintiff also acknowledge a typographical error in his nationwide class and California subclass definitions. [*Id.* at ¶ 5.] To avoid unnecessary motions practice, Medallia agreed not to move to dismiss the class allegations on this admitted typographical error, and Plaintiff agreed to rectify the error as soon as possible. [*Id.* at ¶ 6.]

DATED: September 12, 2025

**WOMBLE BOND DICKINSON (US) LLP**

By: */s/Matthew D. Pearson*
Matthew D. Pearson
Monique Matar
Tomio B. Narita

Attorney for Defendant
MEDALLIA, INC.