UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:25-cv-04689-MWC-E Date: September 23, 2025

Title: Neil Getz, et al. v. CVS Health Corporation *et al.*

Present: The Honorable Michelle Williams Court, United States District Judge

| | |
|---|---|
| T. Jackson | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings: (In Chambers) Order DENYING Defendant CVS Health Corporation and CVS Pharmacy Inc.'s motion to compel arbitration as MOOT (Dkt. # 44).**

Defendants CVS Health Corporation and CVS Pharmacy, Inc. filed a motion to compel Plaintiff Neil Getz to arbitrate his claims. Dkt. # 44. Getz subsequently dismissed his claims without prejudice as to all defendants, pursuant to Federal Rule of Civil Procedure 41(a). Dkt. # 51. Accordingly, the Court **DENIES** the motion to compel arbitration (Dkt. # 44) as **MOOT**.

**IT IS SO ORDERED.**

:

**Initials of Preparer** TJ