**FREED KANNER LONDON & MILLEN LLC**
Nicholas R. Lange (*pro hac vice*)
100 Tri-State International Drive, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4510
nlange@fklmlaw.com

**FREED KANNER LONDON AND MILLEN LLC**
Jonathan M. Jagher (*pro hac vice*)
923 Fayette Street
Conshohocken, PA 19428
(610) 234-6486
Jjagher@fklmlaw.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEIL GETZ and JUSTIN BREWER, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CVS HEALTH CORPORATION, CVS PHARMACY, INC., CRITEO CORP., and MEDALLIA, INC.<br><br>Defendants. | Case No. 2:25-cv-04689-MWC-E<br><br>DECLARATION OF NICHOLAS R. LANGE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT MEDALLIA, INC.'S MOTION TO DISMISS |

I, Nicholas R. Lange, declare as follows:

I am a duly licensed attorney authorized to practice before this Court. I am an attorney at the law firm of Freed Kanner London Millen LLC and am one of the attorneys representing Plaintiff Justin Brewer in this above-captioned matter. This Declaration is made in support of the Plaintiff's Opposition to Memorandum of Points and Authorities in Support of Defendant Medallia, Inc.'s Motion to Dismiss ("Stipulation") and is made upon my own personal knowledge. If called and sworn as a witness, I could and would competently testify as to the facts set forth herein.

1. Available at https://exp-now.medallia.com/video/consumer-first-with-personal-seamless-interactions/ is a video uploaded by Medallia[1] titled "Putting Consumers First with Personal, Seamless Interactions." A true and correct copy of this video is publicly available at the above URL as of October 3, 2025. This video contains a discussion between Lee Becker, of Medallia, and Srikant Narasimhan, Head of Enterprise Customer Experience of CVS, concerning CVS' use of Medallia's platform.

2. Exhibit 1, attached hereto, is a true and correct copy of the thirteenth page of the PowerPoint slide depicted in the above video. This page notes that CVS is the "Second largest user of Medallia".

3. During the discussion memorialized in this video, Mr. Narasimhan made several statements at the respective timestamps:

- 9:02 – 9:19: "We've got I think on our Medallia platform about 17 million pieces of feedback that comes through, um, via our various programs and outreach, uh, solicited feedback. And then we have, uh, 70,000 monthly active users of our Medallia platform, which gets me to the second we're really driving."
- 9:40-9:55: "what you want to do is get this information to the people that matter as fast as you possibly can and **you want them to act in real time so we are getting the data to our store managers, we're getting them to or contact center reps, they're learning, they're getting better in**

[1] Capitalized terms are defined in Plaintiff's Opposition to Memorandum of Points and Authorities in Support of Defendant Medallia, Inc.'s Motion to Dismiss

**real time**. They're acting. They're solving issues." (emphasis added).

- 15:26-16:29: "So, you know, **all those financial benefits I talked about** the, you know, the what we're doing. Um, I think a big part of that has been going on the Medallia platform. Um, I don't want to say this too much because it goes to their heads and then I **I'm in all these sales meetings talking about this**, but um, you know, I think one of the things that it this platform has really done is helped us in systemic way highlight the top issues and we're getting better and better at getting adoption of it. The biggest thing with the Medallia platform that's made it successful for us is that 70,000 monthly active users. The more people you can get in here using it in their day-to-day, the more you can scale your insights, the more that you can scale action because all this is great and I feel like CX organizations are wonderful at measuring things. None of that matters unless you act on it. And the way you drive action is through engagement and things like this platform. I **we actually run it almost like a Salesforce platform** where you hold ourselves accountable to the monthly active users. We report it. Um, so continuing to do that, we heavily rely on TA and some of those functions as well." (emphasis added).

4. Exhibit 2, attached hereto, is a true and correct copy of Medallia's webpage titled "CVS Health Harnesses the Power of Closed-Loop Feedback to Humanize Customer Experiences", which was available at www.medallia.com/customers/cvs-health as that webpage existed on July 7, 2025, three days before Plaintiff named Medallia in this lawsuit, and as archived by the Wayback Machine at https://web.archive.org/web/20250707004204/https://www.medallia.com/customers/cvs-health/ and accessed on October 2, 2025.

5. Exhibit 3, attached hereto, is a true and correct copy of Medallia's webpage titled "The Power of Closed-Loop Feedback", which was available at https://www.medallia.com/resource/cvs-closed-loop-feedback-guide/, as that webpage existed on May 22, 2025, as archived by the Wayback Machine at https://web.archive.org/web/20250522165222/https://www.medallia.com/resource/cvs-closed-loop-feedback-guide/ and accessed on October 2, 2025.

6. Exhibit 4, attached here, is a true and correct copy of a job posting that was removed on March 23, 2025 for a position titled "Product Manager, Surveys and Insights" at CVS Health, available at https://builtin.com/job/product-manager-

surveys-and-insights/4430013, as accessed on October 3, 2025.

7. Exhibit 5, attached here, is a true and correct copy of Medallia's webpage titled "Medallia + Adobe... better together", available at https://www.medallia.com/partners/adobe/#:~:text=better%20together,Meet%20with%20us, as accessed on October 3, 2025. This website contains an embedded video beginning with the image "Medallia | Adobe Exchange Partner Premier."

8. During the discussion contained in that video, Medallia makes the following statements at the respective timestamps:

- 0:27-0:57: "More than ever, that requires deeper, data driven customer insights. You need to understand how she behaves, her intent and needs, what's compelling her to move forward or drop out, or what's causing friction, or a costly customer service call. And whether the experience she gets is so great she comes back for more, and talks it up to her friends and family. **Medallia provides deep insights into your customers intentions and feelings, so you can take action using Adobe Experience Cloud to make every experience matter**." (emphasis added).
- 2:03-2:47: "Now your customer's feedback and behaviors can be added to Adobe's United Profile and combined with other traits, attributes, and preferences, and different teams across your company can use this enriched customer profile to offer tailored experiences, products, and cross-channel journeys in real time, in ways that improve customer engagement and loyalty."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of October 2025 in Lincolnshire, Illinois.

*/s/ Nicholas R. Lange* .
Nicholas R. Lange

# Exhibit 1




# Using a consistent language and platform
to gather and understand consumer feedback

State of the art consumer experience program:

- All programs migrated to NPS and latest software (Medallia)
- Second largest user of Medallia
- Leveraging predictive models to trigger alerts for proactive outreach without a survey
- Testing advanced technology for promoter CLF

 ©2024 CVS Health and/or one of its affiliates. Confidential and proprietary.

CVSHealth.

# Exhibit 2

Medallia

The Wayback Machine - https://web.archive.org/web/20250707004204/https://www.medallia.c...

# CVS Health Harnesses the Power of Closed-Loop Feedback to Humanize Customer Experiences

CVSHealth

Likely to recommend CVS Health

**72% of customers**

Spend per visit due to CLF

**Up to a 30% increase**

Customers feel seen and heard with CLF

**3 million+**

Medallia




**WHITEPAPER:** The Power of Closed-Loop Feedback →

Medallia

willing to look, your customers will show you your inefficiencies and opportunities. Being willing to listen and, even more, act on feedback can be challenging. The best organizations in the world accept that challenge. At CVS Health, closing the loop is a critical part of that process. We have to be willing to not only listen to our customers but engage with them directly to learn and get better."

**- Srikant Narasimhan**

VP of Enterprise Customer Experience at CVS Health

CVS Health embarked upon an ambitious, enterprise-wide journey: to use closed-loop feedback (CLF) to engage with their customers, making them feel seen, heard, and valued. This quest to deliver more human-centered, personalized experiences required the CVS Health team to continuously listen to their customers at key points along their journey. They utilized Medallia's state-of-the-art platform to close the loop on consumer feedback for all survey programs to achieve a long-term, positive impact on its customers and business.

By putting the customer at the center of everything they do, CVS Health is empowered to think differently with a heightened level of empathy. CVS Health quickly realized the value of a CLF program. It gave them the ability to perform prompt service recovery with unhappy customers—reducing churn and negative word-of-mouth— while inspiring and reinforcing preferred behaviors in happy ones, helping to increase brand loyalty and overall spend. The company now has the direct feedback and insights—at size and scale—to quickly identify and remedy pervasive issues and uncover new opportunities to improve and delight customers.

In collaboration with Medallia, CVS Health is successfully using CLF, which creates a strong voice of the consumer (VoC) foundation to listen, learn, and act in impactful ways. This allows CVS Health to consistently deliver outstanding human-centered experiences across all of its brands at all levels of its organization, including the frontline. As a result, Net Promoter Scores (NPS) continue to increase, with some business units hitting all-time-high NPS scores.

Medallia

Learn how Medallia can work for your business

Request a Demo

## More Medallia Success Stories



### Banner Health

Improving patient experience across every customer touchpoint



### Andersen Corporation

Medallia



## Benefit Cosmetics

Benefit makes a point to make-up with its frenemies

Medallia

**EXPERIENCE 101**

Experience Hub 101

Net Promoter Score

Voice of the Customer

CEM Software

Customer Experience Management

Customer Retention

**PLATFORM**

Medallia

Ask Now

Mobile

Pricing

**COMPANY**

About Medallia

Customers

Services

Events & Virtual Experiences

Newsroom

Contact Us

**RESOURCES**

Developer Portal

Documentation

Blog

Medallia Leadership Team

Partners

Data Protection

Careers

---

English > Terms of Use Privacy Policy Security Cookie Preferences

---

Copyright © 2025 . Medallia Inc. All rights reserved.

© Medallia®, the Medallia logo, and the names and marks associated with Medallia's products are trademarks of Medallia and/or its affiliates. Net Promoter, Net Promoter Score and NPS are registered trademarks of Bain & Company, Inc., Fred Reichheld and Satmetrix Systems, Inc. All other trademarks are the property of their respective owners.

# Exhibit 3

The Wayback Machine - https://web.archive.org/web/20250522165222/https://www.medallia.c...

GUIDE

# The Power of Closed-Loop Feedback

CVS Health embarked upon an ambitious, enterprise-wide journey: to use closed-loop feedback (CLF) to engage with their customers, making them feel seen, heard, and valued. This quest to deliver more human-centered, personalized experiences required the CVS Health team to continuously listen to their customers at key points along their journey. They utilized Medallia's state-of-the-art platform to close the loop on consumer feedback for all survey programs to achieve a long-term, positive impact on its customers and business.

Learn how CVS Health, in collaboration with Medallia, is successfully using CLF to create a strong voice of the consumer (VoC) foundation to listen, learn, and act in impactful ways.

Download Now

## Related Resources

Brochure

Employee Activation

Webinar Recording

Reichheld

Report

The 2024 State of CX Personalization Report

Guide

Your Official Guide to Personalizing Customer Experiences

Medallia

Mobile

Pricing

**COMPANY**

About Medallia

Customers

Services

Events & Virtual Experiences

Newsroom

Contact Us

**RESOURCES**

Developer Portal

Documentation

Blog

Medallia Leadership Team

Partners

Data Protection

Careers

English > Terms of Use Privacy Policy Security Cookie Preferences

Copyright © 2025 . Medallia Inc. All rights reserved.

© Medallia®, the Medallia logo, and the names and marks associated with Medallia's products are trademarks of Medallia and/or its affiliates. Net Promoter, Net Promoter Score and NPS are registered trademarks of Bain & Company, Inc., Fred Reichheld and Satmetrix Systems, Inc. All other trademarks are the property of their respective owners.

# Exhibit 4

CVS Health

# Product Manager, Surveys and Insights

Sorry, this job was removed at 06:11 p.m. (CST) on Sunday, Mar 23, 2025

City of New Home, TX

In-Office

93K-185K Annually

Fitness • Healthtech • Retail • Pharmaceutical

## The Role

At CVS Health, we're building a world of health around every consumer and surrounding ourselves with dedicated colleagues who are passionate about transforming health care.

As the nation's leading health solutions company, we reach millions of Americans through our local presence, digital channels and more than 300,000 purpose-driven colleagues – caring for people where, when and how they choose in a way that is uniquely more connected, more convenient and more compassionate. And we do it all with heart, each and every day.

### How will this role have an impact?

The Product Manager will be responsible for managing the transition of our survey platform from Qualtrics to Medallia and oversee its ongoing administration. This role serves as the primary point of contact for internal survey-related requests, ensures proper survey protocols are followed, and supports the standardization and analytics of organizational survey practices. The role also manages engagements with CVS

**Specific Responsibilities Include:**

- Manage the Medallia transition and serve as survey platform administrator
    - Lead the migration of surveys, data, and processes from Qualtrics to Medallia, collaborating closely with Medallia implementation partners, internal technical teams, and survey product owners.
    - Develop and manage detailed project plans, monitor progress, and ensure milestones are met.
    - Manage the Qualtrics and Medallia platforms, including user accounts, role hierarchies, and access permissions.
    - Coordinate Jira tickets with data teams for adding new data or setting up event-triggered surveys.
    - Monitor and document platform processes and specifications to ensure consistency and efficiency.
- Support survey programing, reporting, and dashboard development
    - Program surveys in Qualtrics and Medallia, including adding new questions, updating or enhancing existing setups, and specifying field validation and branching logic to expedite the survey process and maximize engagement and usable responses.
    - Test surveys to validate functionality and ensure an optimal user experience.
    - Build dashboards within Qualtrics and Medallia to visualize data and insights effectively.
- Survey standardization and support of research requests
    - Guide survey requesters on proper protocols for survey approval, development, and implementation.
    - Assist in standardizing survey processes, maintaining documentation such as survey codebooks and guidelines.
- Manage survey-related work backlog and engagements with Medallia partners
    - Act as the primary liaison between internal teams and Medallia partners to align on project goals, deliverables and timelines
    - Ensure consistent and clear communication across all parties, including updates on progress, risks, and decisions

  - Review Medallia partner deliverables for accuracy, consistency, and alignment with organizational needs

**We are looking for someone with:**

- Bachelor's degree in Business, Marketing, Data Analytics, or a related field (or equivalent experience).
- 4+ years of experience in survey programming, administration, or related roles.
- Proficiency with a survey platform like Qualtrics, Medallia, or Survey Monkey.
- Experience managing complex projects, with strong organizational and critical thinking skills.
- Demonstrated ability to track project progress and maintain focus on deadlines.
- Familiarity with Jira and basic data management practices.
- Strong attention to detail and commitment to high-quality work.

**Preferred Skills:**

- Experience with platform migrations or system transitions.
- Basic understanding of survey analytics, statistical analysis, and reporting.
- Experience in building data visualizations and dashboards.

**About Us:**

As Signifiers, we are the heart of our culture. We define and build it -- from how we treat each other, to responding to our members' needs and serving our communities. Living our Heart At Work Behaviors™ in every interaction every day helps us to put our purpose into action for our customers and members and create a workplace where we can all thrive. Every Signifier plays an important role in creating the culture we need, want, and deserve. We do this by putting people first, joining forces, creating simplicity, championing safety and quality, rising to the challenge, and inspiring trust. Join our team and bring your heart to work as we innovate and deliver solutions to make healthcare more personal, convenient and affordable.

Signify Health, A CVS Health company, provides value-based care, reduces costs and improves outcomes for older adults. Our network of more than 12,000 clinicians across 50 states provides health risk assessments to health plan members. This brings clinicians into patients' homes to identify chronic conditions, help

**Anticipated Weekly Hours**

40

**Time Type**

Full time

**Pay Range**

The typical pay range for this role is:

$92,700.00 - $185,400.00

This pay range represents the base hourly rate or base annual full-time salary for all positions in the job grade within which this position falls. The actual base salary offer will depend on a variety of factors including experience, education, geography and other relevant factors. This position is eligible for a CVS Health bonus, commission or short-term incentive program in addition to the base pay range listed above.

Our people fuel our future. Our teams reflect the customers, patients, members and communities we serve and we are committed to fostering a workplace where every colleague feels valued and that they belong.

**Great benefits for great people**

We take pride in our comprehensive and competitive mix of pay and benefits – investing in the physical, emotional and financial wellness of our colleagues and their families to help them be the healthiest they can be. In addition to our competitive wages, our great benefits include:

- **Affordable medical plan options,** a **401(k) plan** (including matching company contributions), and an **employee stock purchase plan**.
- **No-cost programs for all colleagues** including wellness screenings, tobacco cessation and weight management programs, confidential counseling and financial coaching.
- **Benefit solutions that address the different needs and preferences of our colleagues** including paid time off, flexible work schedules, family leave, dependent care resources, colleague assistance programs, tuition assistance, retiree medical access and many other benefits depending on eligibility.

For more information, visit https://jobs.cvshealth.com/us/en/benefits

Qualified applicants with arrest or conviction records will be considered for employment in accordance with all federal, state and local laws.

## Similar Jobs

Onebrief

**Platform Engineer**

Software • Defense

In-Office or Remote

2 Locations

180K-230K Annually

Wells Fargo

**Gen AI - Platform Support Lead**

Fintech • Financial Services

Hybrid

2 Locations

Wells Fargo

**Senior Premier Banker - KINGSLAND - Kingsland, TX**

Fintech • Financial Services

Hybrid

Kingsland, TX, USA

Wells Fargo

**Security Engineer**

Fintech • Financial Services

Remote or Hybrid

7 Locations

100K-196K Annually

APPLY

SAVE

By clicking Apply you agree to share your profile information with the hiring company.

## The Company

HQ: Woonsocket, RI

Year Founded: 1963

119,959 Employees

### What We Do

CVS Health is the leading health solutions company that delivers care in ways no one else can. We reach people in more ways and improve the health of communities across America through our local presence, digital channels and our nearly 300,000 dedicated colleagues – including more than 40,000 physicians, pharmacists, nurses and nurse practitioners.

Wherever and whenever people need us, we help them with their health – whether that's managing chronic diseases, staying compliant with their medications, or accessing affordable health and wellness services in the most convenient ways. We help people navigate the health care system – and their personal health care – by improving access, lowering costs and being a trusted partner for every meaningful moment of health. And we do it all with heart, each and every day.

### Similar Companies Hiring



**Axle Health**

Logistics • Information Technology • Healthtech • Artificial Intelligence

Santa Monica, CA | 15 Employees

Jobs Companies Articles Tracker More



**Camber**

Social Impact • Healthtech • Fintech

New York, NY | 53 Employees



**Sailor Health**

Telehealth • Software • Social Impact • Healthtech

New York City, NY | 20 Employees

View all jobs at CVS Health

View CVS Health Profile

Report Job

builtin

About

Get Involved

Resources

Tech Hubs

Jobs Companies Articles Tracker More

United We Tech.

Built In is the online community for startups and tech companies. Find startup jobs, tech news and events.

Careers

Our Staff Writers

Content Descriptions

Become an Expert Contributor

Share Feedback

Report a Bug

Tech Job Tools + Career Resources

Browse Jobs

Tech A-Z

Learning Lab User Agreement

Accessibility Statement

Copyright Policy

Privacy Policy

Terms of Use

Your Privacy Choices/Cookie Settings

CA Notice of Collection

© Built In 2025

Jobs Companies Articles Tracker More

# Exhibit 5

Medallia

# Medallia + Adobe... better together

Combine the power of Medallia's real-time experience feedback and digital analytics platform with the Adobe Experience Cloud for deep, data-driven insights so you can optimize and tailor experiences in the moment to drive better customer engagement and loyalty.

Meet with us

Feedback

Medallia

# Achieving the Future of Digital Marketing With Medallia and Adobe...Learn More!




Case Study

## DICK'S Sporting Goods

Learn how DICK'S Sporting Goods decreased bounced rates by 50 basis points, increased conversions and responds to the Voice of the Customer, acting on real-time feedback to improve the digital experience, by pairing with Medallia for Digital and and Adobe Analytics.

LEARN MORE




Guide

## Real-time Experiences

Next on retailers' personalization shopping list: Real-time Experiences. In this guide, Adobe and Medallia share how retailers can scale personalized experiences and deliver them in real time across all their channels.

LEARN MORE



Medallia

## Shift Personalization into Overdrive

Financial services companies are banking on a new tech ecosystem to make services more accessible and connected.

This new guide includes insights from Adobe and Medallia and will Shift Personalization into Overdrive. Get helpful guidance for accelerating and scaling personalized experiences.

LEARN MORE

Request a meeting to learn what Medallia + Adobe can do for your business.

* First Name

* Last Name

* Business Email Address:

Medallia

* Title

Job Role

* Company

Country

By checking this box, I agree to receive information and promotional material about Medallia solutions.

By submitting this form, you accept the site terms & conditions and the privacy policy.

Submit

Medallia

**EXPERIENCE 101**

Experience Hub 101

Net Promoter Score

Voice of the Customer

CEM Software

Medallia

**PLATFORM**

Text Analytics

Admin Suite

Ask Now

Mobile

Pricing

**COMPANY**

About Medallia

Customers

Services

Events & Virtual Experiences

Industry Recognition

Newsroom

Contact Us

**RESOURCES**

Developer Portal

Documentation

Blog

Medallia Leadership Team

Partners

Data Protection

Careers

Medallia

Copyright © 2025 . Medallia Inc. All rights reserved.

© Medallia®, the Medallia logo, and the names and marks associated with Medallia's products are trademarks of Medallia and/or its affiliates. Net Promoter, Net Promoter Score and NPS are registered trademarks of Bain & Company, Inc., Fred Reichheld and Satmetrix Systems, Inc. All other trademarks are the property of their respective owners.