SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
TENAYA RODEWALD, Cal Bar No. 248563
trodewald@sheppardmullin.com
1540 El Camino Real, Suite 120
Menlo Park, CA 94025
Telephone: 650.815.2600
Facsimile: 650.815.2601

THOMAS DILLICKRATH, *pro hac vice*
tdillickrath@sheppardmullin.com
2099 Pennsylvania Avenue, NW, Suite 100
Washington, D.C. 20006-6801
Telephone: 202.747.1900
Facsimile: 202.747.1901

*Attorneys for Defendant CRITEO CORP.*

*Additional Counsel Listed on Signature Pages*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUSTIN BREWER, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CVS PHARMACY, INC., CRITEO CORP., and MEDALLIA, INC.,<br><br>Defendants. | Case No. 2:25-cv-04689-MWC-E<br><br>Judge: Hon. Michelle Williams Court, Courtroom. 6A<br><br>**NOTICE OF RECENT AUTHORITY RELEVANT TO DEFENDANTS' MOTIONS TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date: October 24, 2025<br>Time: 1:30 p.m.<br>Dept: Courtroom 6A, 6th Floor<br>Judge: Hon. Michelle Williams Court |

Defendants Criteo Corp. ("Criteo"); Medallia, Inc. ("Medallia"), and CVS Pharmacy, Inc. ("CVS" and, together with Criteo and Medallia, "Defendants") request that the Court take notice of the following recent authority, which Defendants submit is relevant to their respective Motions to Dismiss First Amended Complaint (Dkt. 45, 56, 57). On October 17, 2025, the United States District Court for the Northern District of California (Chhabria, V.), in *Jane Doe v. Eating Recovery Center LLC*, No. 3:23-05561-VC (a copy is attached as Exhibit A), granted defendant's motion for summary judgment as to the plaintiff's Penal Code section 631(a) claim in a case involving web tracking technology, the Meta Pixel. The Court found that for liability under Penal Code section 631, it was necessary for the defendant to have "read, attempt to read, or attempt to learn" the contents "while [the communication] was in transit," which was not established as to defendant Meta.

Dated: October 21, 2025 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By /s/ *Tenaya Rodewald*

TENAYA RODEWALD
THOMAS DILLICKRATH

JENNIFER N LE, Cal Bar No. 307755
333 South Hope Street 43rd Floor
Los Angeles, CA 90071
Telephone: 213.620.1780
Facsimile: 213.620.1398
Email: jle@sheppardmullin.com

MARK RATWAY, *pro hac vice*
mratway@sheppardmullin.com
2200 Ross Avenue, 20th Floor
Dallas, TX 75201
Telephone: 469.391.7400
Facsimile: 469.391.7401

SAMUEL HYAMS-MILLARD, Cal Bar No. 317941
shyams-millard@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100

Facsimile: 415.434.3947

*Attorneys for Defendant CRITEO CORP.*

Dated: October 21, 2025

WOMBLE BOND DICKINSON (US) LLP

By /s/ Matthew D. Pearson

MATTHEW D. PEARSON (SBN 294302)
Matthew.Pearson@wbd-us.com
MONIQUE MATAR (SBN 317145)
Monique.Matar@wbd-us.com
400 Spectrum Center Drive, Suite 1700
Irvine, California 92618
Telephone: (714) 557-3800
Facsimile: (714) 557-3347

TOMIO B. NARITA (SBN156576)
Tomio.Narita@wbd-us.com
50 California St, Ste 2750,
San Francisco, CA 94111
Telephone: (415) 765-6274

*Attorneys for Defendant MEDALLIA, INC.*

Dated: October 21, 2025

KELLEY DRYE & WARREN LLP

By /s/ Whitney M. Smith

Whitney M. Smith (*pro hac vice*)
Lauri A. Mazzuchetti (*pro hac vice*)
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
wsmith@kelleydrye.com

Rebecca B. Durrant (SBN 350444)
350 South Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone: (212) 808-7551

Facsimile: (213) 547-4901
rdurrant@kelleydrye.com

Stephanie A. Carroll (*pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
scarroll@kelleydrye.com

*Counsel for Defendant CVS PHARMACY, INC.*

**C.D. CAL. LOCAL RULE 5-4.3.4(a)(2)(i) Attestation:**

I, TENAYA RODEWALD, attest that all other signatories listed and on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

Dated: October 21, 2025 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By */s/ Tenaya Rodewald*
TENAYA RODEWALD