Matthew D. Pearson (SBN 294302)
Matthew.Pearson@wbd-us.com
Monique Matar (SBN 317145)
Monique.Matar@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
400 Spectrum Center Drive, Suite 1700
Irvine, California 92618
Telephone: (714) 557-3800
Facsimile: (714) 557-3347

Tomio B. Narita (SBN156576)
Tomio.Narita@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
50 California Street, Suite 2750
San Francisco, CA 94111
Telephone: (415) 765-6274

*Attorneys for Defendant*
MEDALLIA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN BREWER, on behalf of himself and all others similarly situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>CVS PHARMACY, INC., CRITEO CORP., and MEDALLIA, INC.<br><br>            Defendants. | Case No.: 2:25-cv-04689-MWC-E<br><br>**ANSWER TO SECOND AMENDED COMPLAINT**<br><br><br>Complaint Served: July 9, 2025 |

1

Pursuant to Federal Rules of Civil Procedure 12(a)(4)(A), Medallia, Inc. ("Medallia") hereby files its Answer to the Second Amended Class Action Complaint ("SAC") that was filed by Plaintiff Justin Brewer on November 7, 2025 [Dkt. No. 81].

## ANSWER TO SAC

The first paragraph in the SAC contains legal conclusions to which no response is required. To the extent the first paragraph in the SAC is intended to include any allegations of fact, Medallia admits that Plaintiff Justin Brewer ("Plaintiff") filed the SAC on his own behalf and, purportedly, on behalf of "all others similarly situated." As to the remaining allegations in the first paragraph of the SAC, if any, Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in the first paragraph of the SAC and, therefore, denies the allegations.

## NATURE OF THE ACTION

1. Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 1 of the SAC and, therefore, denies the allegations

2. Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 2 of the SAC and, therefore, denies the allegations

3. Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 3 of the SAC and, therefore, denies the allegations

4. Medallia denies that it "intercept[ed] sensitive and confidential personal and medical communications of Website users via third-party code embedded on the Website." As to the remaining allegations in Paragraph 4 of the SAC, Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations.

5.    Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 5 of the SAC and, therefore, denies the allegations.

6.    Medallia denies that it "is a multi-faceted digital advertising" company. Medallia admits that it is a "data analysis company that focuses on collecting, compiling, and processing its clients' customer and employee data." Medallia admits that some of its clients may use its services to "understand customer behaviors and intentions, and use that information to curate intuitive, personalized experiences in real time." Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegation that 3M, H&R Block, Nissan, Lego, and Johnson & Johnson use its services to "understand customer behaviors and intentions, and use that information to curate intuitive, personalized experiences in real time" and, therefore, denies those allegations. Medallia admits that it has described some of its services as permitting customers to "identify who is visiting your digital property and what they want while powering individualized next/best actions across your organization." Medallia admits that is has described its Total Experience Profile solution as having the potential to "bring together data from every experience to create a complete timeline of every interaction a customer has with your company—whether online, by phone, via chat, or in person" and potentially empowering companies to "provide personalized service, orchestrate better omni-channel programs, and create more relevant campaigns powered by experience-based segmentation."

7.    Medallia denies that CVS disclosed to Medallia "information about Plaintiffs' and Class Members' medical conditions, immunizations and vaccines, prescriptions, and other Private Information, including their activity searching for and purchasing sensitive healthcare products." Medallia further denies that Medallia "intercepted …confidential communications without Plaintiffs' or Class Members' knowledge or consent." As to the remaining allegations in Paragraph 7 of the SAC,

Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations

8.    Medallia denies that "CVS disclosed Plaintiffs' and Class Members' Private Information…directly to Medallia." As to the remaining allegations in Paragraph 8 of the SAC, Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations

## JURISDICTION AND VENUE

9.    Medallia denies that this Court has subject matter jurisdiction over any of the claims Plaintiff asserts against Medallia.

10.    Medallia denies that this Court has subject matter jurisdiction over any of the claims Plaintiff asserts against Medallia.

11.    Medallia admits that this Court has personal jurisdiction over it. As to the remaining allegations in Paragraph 11 of the SAC, Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations

12.    Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 12 of the SAC and, therefore, denies the allegations.

13.    Medallia admits that venue is proper in this District.

## THE PARTIES

14.    Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 14 of the SAC and, therefore, denies the allegations.

15.    Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 15 of the SAC and, therefore, denies the allegations.

///

4

16.    Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 16 of the SAC and, therefore, denies the allegations.

17.    Medallia admits that it is a Delaware corporation with its corporate headquarters and principal place of business located in Pleasanton, California.

## FACTUAL ALLEGATIONS

### A. Statutory Background

18.    To the extent the allegations in Paragraph 18 of the SAC quote or summarize the language of California Invasion of Privacy Act, Medallia states that the statute speaks for itself.  Further, to extent Paragraph 18 of the SAC contains or was intended to contain any allegations of fact, Medallia denies those allegations.

19.    To the extent the allegations in Paragraph 19 of the SAC quote or summarize the language of California Invasion of Privacy Act, Medallia states that the statute speaks for itself.  Further, to extent Paragraph 19 of the SAC contains or was intended to contain any allegations of fact, Medallia denies those allegations.

20.    To the extent the allegations in Paragraph 20 of the SAC quote or summarize the language of various case law, Medallia states that the cases speak for themselves.    The remaining allegations in Paragraph 20 of the SAC are either legal conclusion to which no response is required or, to the extent those allegations contain or are intended to contain statements of fact, Medallia denies those statements.

21.    Medallia denies that "CIPA affords a private right of action to any person who has been subjected to a violation of the statute to seek injunctive relief and statutory damages of $5,000 per violation, regardless of whether they suffered actual damages." CIPA provides a private right of action to any person who has been injured by a violation of CIPA.

### B. Without Users' Knowledge or Consent, CVS Discloses and Aids in Adobe's Interception of Website Users' Private Information.

22.    Medallia is without knowledge or information sufficient to form a belief

5

as to the truth or falsity of the allegations in the Paragraph 22 of the SAC and, therefore, denies the allegations.

23.    Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 23 of the SAC and, therefore, denies the allegations.

24.    Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 24 of the SAC and, therefore, denies the allegations.

25.    Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 25 of the SAC and, therefore, denies the allegations.

26.    Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 26 of the SAC and, therefore, denies the allegations.

27.    Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 27 of the SAC and, therefore, denies the allegations.

28.    Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 28 of the SAC and, therefore, denies the allegations.

29.    Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 29 of the SAC and, therefore, denies the allegations.

30.    Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 30 of the SAC and, therefore, denies the allegations.

31.    Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 31 of the SAC and,

1    therefore, denies the allegations.

2        32.    Medallia is without knowledge or information sufficient to form a belief

3    as to the truth or falsity of the allegations in the Paragraph 32 of the SAC and,

4    therefore, denies the allegations.

5        33.    Medallia is without knowledge or information sufficient to form a belief

6    as to the truth or falsity of the allegations in the Paragraph 33 of the SAC and,

7    therefore, denies the allegations.

8        34.    Medallia is without knowledge or information sufficient to form a belief

9    as to the truth or falsity of the allegations in the Paragraph 34 of the SAC and,

10    therefore, denies the allegations.

11        35.    Medallia is without knowledge or information sufficient to form a belief

12    as to the truth or falsity of the allegations in the Paragraph 35 of the SAC and,

13    therefore, denies the allegations.

14        36.    Medallia is without knowledge or information sufficient to form a belief

15    as to the truth or falsity of the allegations in the Paragraph 36 of the SAC and,

16    therefore, denies the allegations.

17        37.    Medallia is without knowledge or information sufficient to form a belief

18    as to the truth or falsity of the allegations in the Paragraph 37 of the SAC and,

19    therefore, denies the allegations.

20        38.    Medallia is without knowledge or information sufficient to form a belief

21    as to the truth or falsity of the allegations in the Paragraph 38 of the SAC and,

22    therefore, denies the allegations.

23        39.    Medallia is without knowledge or information sufficient to form a belief

24    as to the truth or falsity of the allegations in the Paragraph 39 of the SAC and,

25    therefore, denies the allegations.

26    **i.    *Keyword Searches***

27        40.    Medallia is without knowledge or information sufficient to form a belief

28    as to the truth or falsity of the allegations in the Paragraph 40 of the SAC and,

therefore, denies the allegations.

41.     Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 41 of the SAC and, therefore, denies the allegations.

42.     Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 42 of the SAC and, therefore, denies the allegations.

43.     Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 43 of the SAC and, therefore, denies the allegations.

### ii.     *Viewing, clicking on, and purchasing medicine and merchandise*

44.     Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 44 of the SAC and, therefore, denies the allegations.

45.     Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 45 of the SAC and, therefore, denies the allegations.

46.     Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 46 of the SAC and, therefore, denies the allegations.

47.     Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 47 of the SAC and, therefore, denies the allegations.

48.     Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 48 of the SAC and, therefore, denies the allegations.

49.     Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 49 of the SAC and,

8

1  therefore, denies the allegations.

2      50.    Medallia is without knowledge or information sufficient to form a belief
3  as to the truth or falsity of the allegations in the Paragraph 50 of the SAC and,
4  therefore, denies the allegations.

5      51.    Medallia is without knowledge or information sufficient to form a belief
6  as to the truth or falsity of the allegations in the Paragraph 51 of the SAC and,
7  therefore, denies the allegations.

8      **iii.    Scheduling Vaccinations**

9      52.    Medallia is without knowledge or information sufficient to form a belief
10 as to the truth or falsity of the allegations in the Paragraph 52 of the SAC and,
11 therefore, denies the allegations.

12     53.    Medallia is without knowledge or information sufficient to form a belief
13 as to the truth or falsity of the allegations in the Paragraph 53 of the SAC and,
14 therefore, denies the allegations.

15     54.    Medallia is without knowledge or information sufficient to form a belief
16 as to the truth or falsity of the allegations in the Paragraph 54 of the SAC and,
17 therefore, denies the allegations.

18     55.    Medallia is without knowledge or information sufficient to form a belief
19 as to the truth or falsity of the allegations in the Paragraph 55 of the SAC and,
20 therefore, denies the allegations.

21     **iv.    Scheduling MinuteClinic Appointments**

22     56.    Medallia is without knowledge or information sufficient to form a belief
23 as to the truth or falsity of the allegations in the Paragraph 56 of the SAC and,
24 therefore, denies the allegations.

25     57.    Medallia is without knowledge or information sufficient to form a belief
26 as to the truth or falsity of the allegations in the Paragraph 57 of the SAC and,
27 therefore, denies the allegations.

28 ///

58.     Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 58 of the SAC and, therefore, denies the allegations.

**v.      Managing Prescription Drugs**

59.     Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 59 of the SAC and, therefore, denies the allegations.

60.     Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 60 of the SAC and, therefore, denies the allegations.

61.     Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 61 of the SAC and, therefore, denies the allegations.

**E. Without Users' Knowledge or Consent, CVS Discloses and Aids in Criteo's Interception of Website Users' Private Information.**

62.     Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 62 of the SAC and, therefore, denies the allegations.

63.     Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 63 of the SAC and, therefore, denies the allegations.

64.     Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 64 of the SAC and, therefore, denies the allegations.

65.     Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 65 of the SAC and, therefore, denies the allegations.

///

ANSWER TO SECOND AMENDED COMPLAINT
CASE NO. 2:25-CV-04689-MWC-E

66. Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 66 of the SAC and, therefore, denies the allegations.

71. Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 71 of the SAC and, therefore, denies the allegations. [1]

72. Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 72 of the SAC and, therefore, denies the allegations.

**F. Criteo Purposely Directs Its Tracking Code to California.**

73. Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 73 of the SAC and, therefore, denies the allegations.

74. Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 74 of the SAC and, therefore, denies the allegations.

75. Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 75 of the SAC and, therefore, denies the allegations.

76. Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 76 of the SAC and, therefore, denies the allegations.

77. Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 77 of the SAC and, therefore, denies the allegations.

78. Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 78 of the SAC and,

---

[1] Plaintiff's inexplicable skip Paragraphs 67-70.

ANSWER TO SECOND AMENDED COMPLAINT
CASE NO. 2:25-CV-04689-MWC-E

therefore, denies the allegations.

### G. Without Users' Knowledge or Consent, CVS Discloses and Aids in Medallia's Interception of Website Users' Private Information.

79.    Medallia denies the allegations as written.  Additionally,  Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations that "Medallia's collection of" information from the Website "was necessary to target CVS' specific users."  Medallia denies that the information it collects from the Website "allow[s] it to identify Website users across different devices, visits, and touchpoints" or to "creating a unique customer profile." Medallia denies all other allegations in Paragraph 79 of the SAC.

80.    Medallia denies the allegations in Paragraph 80 of the SAC as written.

81.    Medallia denies that it "intercept[ed]…Plaintiffs' PII, health data, and other highly sensitive information without their consent" or that anything Medallia did "is an invasion of their privacy and violation of several laws, including CIPA and HIPAA."  As to the remaining allegations in Paragraph 81 of the SAC, Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies those allegations.

82.    Medallia has no way to verify the authenticity or accuracy of the figure referenced in Paragraph 82 of the SAC and, therefore, is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations. As such, Medallia denies the allegations in Paragraph 82 of the SAC.

83.    Medallia has no way to verify the authenticity or accuracy of the figure referenced in Paragraph 83 of the SAC and, therefore, is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations. As such, Medallia denies the allegations in Paragraph 83 of the SAC.

84.    Medallia has no way to verify the authenticity or accuracy of the figure referenced in Paragraph 84 of the SAC and, therefore, is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations.

As such, Medallia denies the allegations in Paragraph 84 of the SAC.

85.    Medallia has no way to verify the authenticity or accuracy of the figure referenced in Paragraph 85 of the SAC and, therefore, is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations. As such, Medallia denies the allegations in Paragraph 85 of the SAC.

**H. Plaintiffs and Class Members Had Multiple Bases for Reasonable Expectations of Privacy.**

86.    The allegations in Paragraph 86 of the SAC are legal conclusions to which no response is required. To the extent Paragraph 86 of the SAC contains or is intended to contain allegations of fact, Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations.

87.    To the extent Paragraph 87 of the SAC quotes or summarizes HIPAA's Privacy Rule, Medallia states that the statute speaks for itself.  To the extent Paragraph 87 of the SAC contains or is intended to contain allegations of fact, Medallia denies those allegations.

88.    To the extent Paragraph 88 of the SAC quotes or summarizes HIPAA, Medallia states that the statute speaks for itself.  To the extent Paragraph 88 of the SAC contains or is intended to contain allegations of fact, Medallia denies those allegations.

89.    To the extent Paragraph 89 of the SAC quotes or summarizes statements made by HHS, Medallia states that those statements speak for themselves.  To the extent Paragraph 89 of the SAC contains or is intended to contain allegations of fact, Medallia denies those allegations.

90.    To the extent Paragraph 90 of the SAC quotes or summarizes guidance provided by HHS, Medallia states that the guidance speaks for itself.  To the extent Paragraph 90 of the SAC contains or is intended to contain allegations of fact, Medallia denies those allegations.

91.    To the extent Paragraph 91 of the SAC quotes or summarizes statements issued by the OCR, Medallia states that the OCR's statements speak for themselves. To the extent Paragraph 91 of the SAC contains or is intended to contain allegations of fact, Medallia denies those allegations.

92.    To the extent Paragraph 92 of the SAC quotes or summarizes statements issued by HHS, Medallia states that HHS's statements speak for themselves. To the extent Paragraph 92 of the SAC contains or is intended to contain allegations of fact, Medallia denies those allegations.

93.    To the extent Paragraph 93 of the SAC quotes or summarizes statements issued by David Holtzman, Medallia states that Mr. Holtzman's statements speak for themselves. To the extent Paragraph 93 of the SAC contains or is intended to contain allegations of fact, Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations.

94.    Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 94 of the SAC and, therefore, denies the allegations.

**I.    Class Members' Private Information Had Financial Value, and Class Members Were Harmed.**

95.    To the extent Paragraph 95 of the SAC quotes or summarizes statements issued by The Economist, Medallia states that The Economist's statements speak for themselves. To the extent Paragraph 95 of the SAC contains or is intended to contain allegations of fact, Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations.

96.    To the extent Paragraph 96 of the SAC quotes or summarizes statements issued by TechCrunch, Medallia states that TechCrunch's statements speak for themselves. To the extent Paragraph 96 of the SAC contains or is intended to contain

allegations of fact, Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations.

97.    To the extent Paragraph 97 of the SAC quotes or summarizes statements issued by Invisibly, Medallia states that Invisibly's statements speak for themselves. To the extent Paragraph 97 of the SAC contains or is intended to contain allegations of fact, Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations.

98.    To the extent Paragraph 98 of the SAC quotes or summarizes statements issued by Invisibly, Medallia states that Invisibly's statements speak for themselves. To the extent Paragraph 98 of the SAC contains or is intended to contain allegations of fact, Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations.

99.    To the extent Paragraph 99 of the SAC quotes or summarizes statements issued by CNBC, Medallia states that CNBC's statements speak for themselves. To the extent Paragraph 99 of the SAC contains or is intended to contain allegations of fact, Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations.

100.    Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 100 of the SAC and, therefore, denies the allegations.

101.    Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 101 of the SAC and, therefore, denies the allegations.

## J.  Plaintiff Brewer's Experience

102.    Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 102 of the SAC and, therefore, denies the allegations.

103.   Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 103 of the SAC and, therefore, denies the allegations.

104.   Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 104 of the SAC and, therefore, denies the allegations.

105.   Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 105 of the SAC and, therefore, denies the allegations.

106.   Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 106 of the SAC and, therefore, denies the allegations.

107.   Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 107 of the SAC and, therefore, denies the allegations.

108.   Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 108 of the SAC and, therefore, denies the allegations.

109.   Medallia denies that it intercepted Plaintiff Brewer's communications, including those that contained Private Information.  As to the remaining allegations in Paragraph 109 of the SAC, Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies those allegations.

110.   Medallia denies that it "unlawfully intercept[ed] Plaintiff Brewer's Private Information." As to the remaining allegations in Paragraph 110 of the SAC, Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies those allegations.

///

111.   Medallia denies the allegations in Paragraph 111 of the SAC.

**TOLLING OF STATUTE OF LIMITATIONS AND DELAYED**

**DISCOVERY**

112.   Paragraph 112 of the SAC contains legal conclusions to which no response is required.  To the extent Paragraph 112 of the SAC contains or is intended to contain allegations of fact, Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies those allegations.

113.   Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 113 of the SAC and, therefore, denies the allegations.

114.   Medallia denies that it intercepted "personal information…in the manner described above."  Medallia also denies that its technology is not visible to the user.  It is visible to every user of the Website.

115.   Paragraph 115 of the SAC contains legal conclusions to which no response is required.  To the extent Paragraph 115 of the SAC contains or is intended to contain allegations of fact, Medallia denies those allegations.

**CLASS ACTION ALLEGATIONS**

116.   Paragraph 116 of the SAC contains legal conclusions to which no response is required.  To the extent Paragraph 116 of the SAC contains or is intended to contain allegations of fact, Medallia denies those allegations.

117.   Paragraph 117 of the SAC contain no factual allegations requiring a response.  To the extent Paragraph 117 of the SAC contains or is intended to contain allegations of fact, Medallia denies those allegations.

118.   Paragraph 118 of the SAC contain no factual allegations requiring a response.  To the extent Paragraph 118 of the SAC contains or is intended to contain allegations of fact, Medallia denies those allegations.

///

119.   Paragraph 119 of the SAC contain no factual allegations requiring a response.  To the extent Paragraph 119 of the SAC contains or is intended to contain allegations of fact, Medallia denies those allegations.

120.   Paragraph 120 of the SAC contains legal conclusions to which no response is required.  To the extent Paragraph 120 of the SAC contains or is intended to contain allegations of fact, Medallia denies those allegations, at least as it relates to the claims against Medallia.

121.   Paragraph 121 of the SAC contains legal conclusions to which no response is required.  To the extent Paragraph 121 of the SAC contains or is intended to contain allegations of fact, Medallia denies those allegations, at least as it relates to the claims against Medallia.

122.   Paragraph 122 of the SAC contains legal conclusions to which no response is required.  To the extent Paragraph 122 of the SAC contains or is intended to contain allegations of fact, Medallia denies those allegations, at least as it relates to the claims against Medallia.

123.   Paragraph 123 of the SAC contains legal conclusions to which no response is required.  To the extent Paragraph 123 of the SAC contains or is intended to contain allegations of fact, Medallia denies those allegations, at least as it relates to the claims against Medallia.

124.   Paragraph 124 of the SAC contains legal conclusions to which no response is required.  To the extent Paragraph 124 of the SAC contains or is intended to contain allegations of fact, Medallia denies those allegations, at least as it relates to the claims against Medallia.

## CLAIMS FOR RELIEF

### FIRST CAUSE OF ACTION

**Violation Of the California Invasion of Privacy Act (CIPA)**

**Cal. Penal Code § 631(a)**

125.   Medallia incorporates herein its responses to Plaintiff's allegations in

18

Paragraphs 1 through 124 of the SAC.

126.   To the extent that Paragraph 126 of the SAC quotes or summarizes the California Invasion of Privacy Act ("CIPA"), Medallia states that the statute speaks for itself.   To the extent that Paragraph 126 contains or is intended to contain allegations of fact, Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations.

127.   To the extent that Paragraph 127 of the SAC quotes or summarizes CIPA, Medallia states that the statute speaks for itself.   To the extent that Paragraph 127 contains or is intended to contain allegations of fact, Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations.

128.   Paragraph 128 of the SAC includes legal conclusions to which no response is required. To the extent Paragraph 128 contains or is intended to contain allegations of fact, Medallia denies them.

129.   The allegations in Paragraph 129 of the SAC include legal conclusions to which no response is required.   As to any remaining allegations in Paragraph 129 of the SAC, they are vague and ambiguous. As such, Medallia denies the remaining allegations in Paragraph 128 of the SAC.

130.   Medallia denies that it "directly and indirectly" "intercept[ed] Plaintiffs' and Class Members' Internet communications while accessing the Website…in an individualized and personally identifiable manner without the authorization and consent of Plaintiffs and Class Members." As to any remaining allegations in Paragraph 130 of the SAC, Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations.

131.   Medallia denies that it "tracked and transmitted the substance of [Plaintiffs' and Class Members'] confidential communications with Third-Party

19

Trackers in an individualized and personally identifiable manner." As to the remaining allegations in Paragraph 131 of the SAC, Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations.

132. Medallia denies that it "intercept[ed] and collect[ed]…Plaintiffs' and Class Members' Private Information." As to the remaining allegations in Paragraph 132 of the SAC, Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations.

133. Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 133 of the SAC and, therefore, denies the allegations.

134. Medallia denies that it "intentional[ly[ collect[ed], shar[ed], and intercept[ed]…Plaintiffs' and Class Members' Private Information as described above." As to the remaining allegations in Paragraph 134 of the SAC, Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations.

135. Medallia denies that it "engag[ed] in recording, sharing, and intercepting information as set forth above." As to the remaining allegations in Paragraph 135 of the SAC, Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations.

136. Paragraph 136 of the SAC contains legal conclusions to which no response required. To the extent Paragraph 136 of the SAC contains or is intended to contain allegations of fact, Medallia denies those allegations.

137. Medallia denies that it "failed to disclose [its] use of the Tracking Technologies on the Website." Medallia's presence on the Website was always publicly visible. Medallia further denies that it its technology "track[ed] and

20

automatically and simultaneously transmit[ed] communications and personally
identifiable information in a de-anonymized and disaggregated fashion…for
advertising purposes." As to the remaining allegations in Paragraph 137 of the SAC,
Medallia is without knowledge or information sufficient to form a belief as to the
truth or falsity of those allegations and, therefore, denies the allegations.

138.    To the extent the allegations in Paragraph 138 of the SAC refer to
Medallia and/or Medallia's conduct, Medallia denies those allegations.

139.  To the extent the allegations in Paragraph 139 of the SAC refer to
Medallia and/or Medallia's conduct, Medallia denies those allegations.

140.    Medallia denies that it "violate[s] CIPA by directly and indirectly
intercepting these communications through the Website without informed consent."
As to the remaining allegations in Paragraph 140 of the SAC, Medallia is without
knowledge or information sufficient to form a belief as to the truth or falsity of those
allegations and, therefore, denies the allegations.

141.  To the extent the allegations in Paragraph 141 of the SAC refer to
Medallia and/or Medallia's conduct, Medallia denies those allegations.

142.  To the extent the allegations in Paragraph 142 of the SAC refer to
Medallia and/or Medallia's conduct, Medallia denies those allegations.

143.  Medallia denies that either Plaintiffs or the Class are entitled to any
relief, whatsoever, from Medallia. Medallia further denies that anything it did
violated CIPA.

144.  Medallia denies the allegations in Paragraph 144 of the SAC.

## SECOND CAUSE OF ACTION

### Violation Of the California Invasion of Privacy Act (CIPA)

### Cal. Penal Code § 632(a)

145.  Medallia incorporates herein its responses to Plaintiff's allegations in
Paragraphs 1 through 145 of the SAC.

///

21

146.  To the extent that Paragraph 146 of the SAC quotes or summarizes CIPA, Medallia states that the statute speaks for itself.  To the extent that Paragraph 146 contains or is intended to contain allegations of fact, Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations.

147.  Paragraph 147 of the SAC includes legal conclusions to which no response is required. To the extent Paragraph 147 contains or is intended to contain allegations of fact, Medallia denies them.

148.  The allegations in Paragraph 148 of the SAC include legal conclusions to which no response is required.  As to any remaining allegations in Paragraph 148 of the SAC, they are vague and ambiguous. As such, Medallia denies the remaining allegations in Paragraph 148 of the SAC.

149.  To the extent the allegations in Paragraph 149 of the SAC refer to Medallia and/or Medallia's conduct, Medallia denies those allegations.

150.  To the extent the allegations in Paragraph 150 of the SAC refer to Medallia and/or Medallia's conduct, Medallia denies those allegations.

151.  Medallia admits that CVS installed Medallia's technology on the Website voluntarily and in coordination with Medallia.  As to any remaining allegations in Paragraph 151 of the SAC, Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations

152.  Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 152 of the SAC and, therefore, denies the allegations.

153.  Medallia denies that it engaged in "intentional collection, sharing, and interception of Plaintiffs' and Class Members' Private Information as described above."  As to any remaining allegations in Paragraph 153 of the SAC, Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity

22

of those allegations and, therefore, denies the allegations.

154. Medallia denies that it "engag[ed] in the recording, sharing, and intercepting of information as set forth above." As to any remaining allegations in Paragraph 154 of the SAC, Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations.

155. Paragraph 155 of the SAC contains legal conclusions to which no response required. To the extent Paragraph 155 of the SAC contains or is intended to contain allegations of fact, Medallia denies those allegations.

156. Medallia denies that it "failed to disclose [its] use of the Tracking Technologies" on the Website. Medallia's presence on the Website was always publicly visible. Medallia further denies that its technology "track[ed] and automatically and simultaneously transmit[ed] communications and personally identifiable information in a de-anonymized and disaggregated fashion…for advertising purposes." As to the remaining allegations in Paragraph 156 of the SAC, Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations.

157. To the extent the allegations in Paragraph 157 of the SAC refer to Medallia and/or Medallia's conduct, Medallia denies those allegations.

158. To the extent the allegations in Paragraph 158 of the SAC refer to Medallia and/or Medallia's conduct, Medallia denies those allegations.

159. To the extent the allegations in Paragraph 159 of the SAC refer to Medallia and/or Medallia's conduct, Medallia denies those allegations.

160. Medallia denies that either Plaintiffs or the Class are entitled to any relief, whatsoever, from Medallia. Medallia further denies that anything it did violated CIPA.

///

///

161.   Medallia denies the allegations in Paragraph 161 of the SAC.

## THIRD CAUSE OF ACTION

### Breach of Confidence

162.   Plaintiff has admitted, both to the Court and the parties, that he is no longer asserting a claim for and either has or will dismiss his claim for Breach of Confidence against Medallia.  Therefore, this claim is no longer pending against Medallia, and no response is required.

163.   Plaintiff has admitted, both to the Court and the parties, that he is no longer asserting a claim for and either has or will dismiss his claim for Breach of Confidence against Medallia.  Therefore, this claim is no longer pending against Medallia, and no response is required.

164.   Plaintiff has admitted, both to the Court and the parties, that he is no longer asserting a claim for and either has or will dismiss his claim for Breach of Confidence against Medallia.  Therefore, this claim is no longer pending against Medallia, and no response is required.

165.   Plaintiff has admitted, both to the Court and the parties, that he is no longer asserting a claim for and either has or will dismiss his claim for Breach of Confidence against Medallia.  Therefore, this claim is no longer pending against Medallia, and no response is required.

166.   Plaintiff has admitted, both to the Court and the parties, that he is no longer asserting a claim for and either has or will dismiss his claim for Breach of Confidence against Medallia.  Therefore, this claim is no longer pending against Medallia, and no response is required.

167.   Plaintiff has admitted, both to the Court and the parties, that he is no longer asserting a claim for and either has or will dismiss his claim for Breach of Confidence against Medallia.  Therefore, this claim is no longer pending against Medallia, and no response is required.

///

168.   Plaintiff has admitted, both to the Court and the parties, that he is no longer asserting a claim for and either has or will dismiss his claim for Breach of Confidence against Medallia.   Therefore, this claim is no longer pending against Medallia, and no response is required.

169.   Plaintiff has admitted, both to the Court and the parties, that he is no longer asserting a claim for and either has or will dismiss his claim for Breach of Confidence against Medallia.   Therefore, this claim is no longer pending against Medallia, and no response is required.

170.   Plaintiff has admitted, both to the Court and the parties, that he is no longer asserting a claim for and either has or will dismiss his claim for Breach of Confidence against Medallia.   Therefore, this claim is no longer pending against Medallia, and no response is required.

## FOURTH CAUSE OF ACTION

### Invasion of Privacy Under California's Constitution

171.   Medallia incorporates herein its responses to Plaintiff's allegations in Paragraphs 1 through 170 of the SAC.

172.   Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 172 of the SAC and, therefore, denies those allegations.

173.   To the extent the allegation in Paragraph 173 of the SAC refer to Medallia and/or Medallia's conduct, Medallia denies the allegations.

174.   Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 174 of the SAC and, therefore, denies those allegations.

175.   Medallia denies that it "transmit[ted] or intercept[ed] Plaintiffs' and Class Members' private medical communications alongside their personally identifiable health information as described above." As to the remaining allegations in Paragraph 175 of the SAC, Medallia is without knowledge or information

25

1  sufficient to form a belief as to the truth or falsity of those allegations and, therefore,

2  denies those allegations.

3       176.   Medallia denies the allegations in Paragraph 176 of the SAC.

4       177.   Medallia denies the allegations in Paragraph 177 of the SAC.

5       178.   Medallia denies the allegations in Paragraph 178 of the SAC.

6       179.   Paragraph 179 of the SAC includes no allegations of fact that require a

7  response. Medallia denies that either Plaintiff or the Class are entitled to any relief,

8  whatsoever, from Medallia.

9       180.   Medallia denies the allegations in Paragraph 180 of the SAC.

10      181.   Paragraph 181 of the SAC includes no allegations of fact that require a

11  response. Medallia denies that either Plaintiff or the Class are entitled to any relief,

12  whatsoever, from Medallia.

13                          **SIXTH CAUSE OF ACTION**

14      **Common Law Invasion of Privacy—Intrusion Upon Seclusion**

15      182.   Medallia incorporates herein its responses to Plaintiff's allegations in

16  Paragraphs 1 through 181 of the SAC.

17      183.   Paragraph 183 of the SAC includes legal conclusions to which no

18  response is required.  To the extent Paragraph 183 of the SAC contains or is intended

19  to contain allegations of fact, Medallia is without knowledge or information

20  sufficient to form a belief as to the truth or falsity of those allegations and, therefore,

21  denies those allegations.

22      184.   Medallia is without knowledge or information sufficient to form a belief

23  as to the truth or falsity of the allegations in Paragraph 184 of the SAC and, therefore,

24  denies those allegations.

25      185.   To the extent the allegations in Paragraph 185 of the SAC refer to

26  Medallia and/or Medallia's conduct, Medallia denies the allegations.

27      186.   Paragraph 186 of the SAC includes legal conclusions to which no

28  response is required.  To the extent Paragraph 186 of the SAC contains or is intended

26

1  to contain allegations of fact, Medallia is without knowledge or information
2  sufficient to form a belief as to the truth or falsity of those allegations and, therefore,
3  denies those allegations.

4       187.   Medallia denies that it "intercept[ed] Plaintiffs' and Class Members'
5  private communications with CVS."  As to the remaining allegations in Paragraph
6  187 of the SAC, Medallia is without knowledge or information sufficient to form a
7  belief as to the truth or falsity of those allegations and, therefore, denies those
8  allegations.

9       188.   To the extent the allegations in Paragraph 188 of the SAC refer to
10 Medallia and/or Medallia's conduct, Medallia denies the allegations.

11      189.   To the extent the allegations in Paragraph 189 of the SAC refer to
12 Medallia and/or Medallia's conduct, Medallia denies the allegations.

13      190.   To the extent the allegations in Paragraph 190 of the SAC refer to
14 Medallia and/or Medallia's conduct, Medallia denies the allegations.

15      191.   Paragraph 191 of the SAC includes no allegations of fact that require a
16 response. Medallia denies that either Plaintiffs or the Class are entitled to any relief,
17 whatsoever, from Medallia.

18      192.   Medallia denies the allegations in Paragraph 192 of the SAC.

19      193.   Paragraph 193 of the SAC includes no allegations of fact that require a
20 response. Medallia denies that either Plaintiffs or the Class are entitled to any relief,
21 whatsoever, from Medallia.

22                          **SEVENTH CAUSE OF ACTION**
23                          **Negligence and Negligence Per Se**

24      194.   Medallia incorporates herein its responses to Plaintiff's allegations in
25 Paragraphs 1 through 193 of the SAC.

26      195.   Medallia is without knowledge or information sufficient to form a belief
27 as to the truth or falsity of the allegations in Paragraph 195 of the SAC and, therefore,
28 denies those allegations.

196.   Medallia denies that it "had a duty to safeguard and not disclose or intercept Plaintiffs' and Class Members' sensitive and protected medical information and individually identifiable information as described above without Plaintiffs' knowledge or consent."  As to any remaining allegations in Paragraph 196 of the SAC, Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies those allegations.

197.   Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 197 of the SAC and, therefore, denies those allegations.

198.       Medallia denies that it intercepted Plaintiff and the Class's communications, and Medallia denies that it had "a duty to maintain the privacy of Plaintiffs' and Class Members' sensitive and protected medical information." As to any remaining allegations in Paragraph 198 of the SAC, Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies those allegations.

199.   Medallia is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations in Paragraph 199 of the SAC and, therefore, denies those allegations.  To the extent the allegations in Paragraph 199 of the SAC refer to Medallia and/or Medallia's conduct, Medallia denies the allegations.

200.   To the extent the allegations in Paragraph 200 of the SAC refer to Medallia and/or Medallia's conduct, Medallia denies the allegations.

201.   To the extent the allegations in Paragraph 201 of the SAC refer to Medallia and/or Medallia's conduct, Medallia denies the allegations.

202.   To the extent the allegations in Paragraph 202 of the SAC refer to Medallia and/or Medallia's conduct, Medallia denies the allegations.

## RELIEF REQUESTED

Medallia denies that Plaintiff and/or the Class members were injured, in any way, by anything Medallia did or did not do.  Therefore, Medallia denies that

Plaintiffs and/or any member of the Class are entitled to any relief from Medallia.

## DEMAND FOR JURY TRIAL

Medallia admits that Plaintiff has requested "trial by jury for all claims asserted in this Complaint so triable."

## MEDALLIA'S AFFIRMATIVE AND OTHER DEFENSES

## FIRST AFFIRMATIVE DEFENSE

### (Subject Matter Jurisdiction)

1.    This Court lacks subject matter jurisdiction over this class action because Plaintiff has not suffered any injury or harm cognizable under Article III of the United States Constitution as recently held in *Popa v. Microsoft Corp.*, No. 24-14, 2025 WL 2448824 (9th Cir. Aug. 26, 2025).

## SECOND AFFIRMATIVE DEFENSE

### (Lack of Statutory Standing)

2.    The Complaint is barred because Plaintiff has not been injured by a violation of California Penal Code § 630, *et seq*., which is required to assert a claim for statutory damages under California Penal Code § 637.2.

## THIRD AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

3.    The Complaint fails to state a claim upon which relief can be granted against Medallia.

## FOURTH AFFIRMATIVE DEFENSE

### (Statute of Limitations/Laches)

4.    The Complaint is barred, in whole or in part, by the applicable statutes of limitation, including, but not limited to, those under California Penal Code § 630, *et seq*. and/or the equitable doctrine of laches.

29

## FIFTH AFFIRMATIVE DEFENSE

### (Prior Consent or Permission)

5.      On information and belief, Plaintiff's and/or the Class members' claims are barred because they consented to the conduct alleged by reading the disclosures on the Websites and/or agreeing to other applicable policies.

## SIXTH AFFIRMATIVE DEFENSE

### (No Class Capable of Certification)

6.      Plaintiff has not identified a class of individuals capable of certification under the Federal Rules of Civil Procedure.

## SEVENTH AFFIRMATIVE DEFENSE

### (No Statutory Damages)

7.      Neither Plaintiff nor any member of the Class is entitled to statutory damages because Medallia has not engaged in any conduct in violation of CIPA.

## EIGHTH AFFIRMATIVE DEFENSE

### (Uncertainty)

8.      Plaintiff's and/or the Class members' claims are barred, in whole or in part, to the extent that they are uncertain in pleading the material allegations thereof or to the extent they are based on a criminal statute, such as CIPA, whose interpretation is uncertain and, therefore, unenforceable against Medallia under the rule of lenity.

## NINTH AFFIRMATIVE DEFENSE

### (Failure to Join Necessary or Indispensable Party)

9.      Plaintiff's and/or the Class members' claims are barred, in full or in part, because Plaintiff has failed to join a necessary or indispensable parties to the action – namely, Adobe.

## TENTH AFFIRMATIVE DEFENSE

### (Excessive Fines)

10.      CIPA's private right of action, codified at California Penal Code §

30

637.2, upon which Plaintiff's and the Class members' claim relies, violates the Due Process Clause under the Fifth and Fourteenth Amendments to the United States Constitution, which prohibit the imposition of grossly excessive or arbitrary punishment on a defendant, and if a class were to be certified and liability were to be found, the statutory damages provided for in CIPA would be grossly disproportionate to any "harm" suffered by the class members.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Supervening Cause)

The claims asserted in the SAC are barred, in whole or in part, to the extent that any injury or loss sustained was caused by intervening or supervening events over which Medallia had or has no control.

## TWELFTH AFFIRMATIVE DEFENSE

### (Equitable Indemnity)

To the extent Plaintiff or putative class members have suffered any damage as a result of any alleged act or omission of Medallia, which Medallia denies, Medallia is entitled to equitable indemnity according to comparative fault from other persons and/or entities causing or contributing to such damages, if any.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Apportionment)

Without admitting that any damages exist, if damages were suffered by Plaintiff or putative class members as alleged in the SAC, those damages were proximately caused by and contributed to by persons other than Medallia.  The liability, if any exists, of Medallia and/or any responsible parties, named or unnamed, should be apportioned according to their relative degrees of fault, and the liability of Medallia should be reduced accordingly.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

Plaintiff and putative class members, although under a legal obligation to do

31

so, have failed to take reasonable steps to mitigate any alleged damages that they may have and are therefore barred from recovering damages, if any, from Medallia.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Other Defense)

11.    Medallia claims the benefit of all other defenses and presumptions set forth in or arising from any rule of law or statute or any other rule of law that is deemed to apply in this action. Medallia reserves the right to assert any additional defenses which may be disclosed during the course of additional investigation and discovery.

## PRAYER

WHEREFORE, having fully answered, Medallia respectfully prays for judgment as follows:

1.    that the Court deny Plaintiff's request for certification of a class;

2.    that judgment be entered in favor of Medallia and against Plaintiff;

3.    that Plaintiff take nothing from Medallia by his suit;

4.    that the Complaint be dismissed in its entirety with prejudice; and

5.    for such other and further relief as the Court may deem just and proper.

DATED: November 21, 2025

**WOMBLE BOND DICKINSON (US) LLP**

By: */s/Matthew D. Pearson*
Matthew D. Pearson
Tomio B. Narita
Monique Matar

Attorney for Defendant
MEDALLIA, INC.

32