SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
TENAYA RODEWALD, Cal Bar No. 248563
trodewald@sheppardmullin.com
1540 El Camino Real, Suite 120
Menlo Park, CA 94025
Telephone: 650.815.2600
Facsimile: 650.815.2601

THOMAS DILLICKRATH, *pro hac vice*
tdillickrath@sheppardmullin.com
2099 Pennsylvania Avenue, NW, Suite 100
Washington, D.C. 20006-6801
Telephone: 202.747.1900
Facsimile: 202.747.1901

Attorneys for Defendants CRITEO CORP.

*Additional Counsel Listed on Next Page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUSTIN BREWER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC., CRITEO CORP., and MEDALLIA, INC.,<br><br>Defendants. | Case No. 2:25-cv-04689-MWC-E<br><br>Judge:   Hon. Michelle Williams Court<br>Courtroom. 6A<br><br>**DEFENDANT CRITEO CORP.'S ANSWER TO SECOND AMENDED COMPLAINT** |

SMRH:4925-0020-4412

1   JENNIFER N. LE, Cal Bar No. 307755
    jle@sheppardmullin.com
2   350 South Grand Avenue, 40th Floor
    Los Angeles, California 90071-3460
3   Telephone:   213.620.1780
    Facsimile:   213.620.1398
4
    MARK RATWAY, *pro hac vice*
5   mratway@sheppardmullin.com
    2200 Ross Avenue, 20th Floor
6   Dallas, TX 75201
    Telephone: 469.391.7400
7   Facsimile: 469.391.7401

8   SAMUEL HYAMS-MILLARD, Cal Bar No. 317941
    shyams-millard@sheppardmullin.com
9   Four Embarcadero Center, 17th Floor
    San Francisco, California 94111-4109
10  Telephone:   415.434.9100
    Facsimile:   415.434.3947
11

12  *Attorneys for Defendants CRITEO CORP.*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SMRH:4925-0020-4412          DEFENDANT CRITEO CORP.'S ANSWER TO SECOND AMENDED COMPLAINT

Criteo Corp. ("Criteo") hereby Answers the Second Amended Class Action Complaint ("SAC") that was filed by Plaintiff Justin Brewer on November 7, 2025 [Dkt. No. 81].

## PRELIMINARY STATEMENT REGARDING HEADINGS

Plaintiff Justin Brewer's ("Plaintiff's") use of headings containing allegations is improper, and therefore no response to the headings is required.  In the event that a response to the headings is required, Criteo denies the allegations in the headings.

## ANSWER TO SAC

The first (prefatory) paragraph in the SAC contains legal conclusions to which no response is required. To the extent the prefatory paragraph of the SAC is intended to include any allegations of fact, Criteo admits that Plaintiff filed the SAC on his own behalf and, purportedly, on behalf of "all others similarly situated." As to the remaining allegations in the prefatory paragraph of the SAC, if any, Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and, therefore, denies the allegations.

## NATURE OF THE ACTION

1.      Criteo admits that CVS maintains a website www.cvs.com.  Criteo is otherwise without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 1 of the SAC and, therefore, denies the allegations.

2.      Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 2 of the SAC and, therefore, denies the allegations

3.      Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 3 of the SAC and, therefore, denies the allegations

4.      To the extent the allegations in Paragraph 4 of the SAC refer to Criteo and/or Criteo's conduct, Criteo denies those allegations. As to the remaining

allegations in Paragraph 4 of the SAC, Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations.

5.    Criteo denies the characterization that it "focuses on serving personalized advertisements." Criteo admits to the other allegations of Paragraph 5.

6.    Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 6 of the SAC and, therefore, denies the allegations.

7.    To the extent the allegations in Paragraph 7 of the SAC refer to Criteo and/or Criteo's conduct, Criteo denies those allegations. As to the remaining allegations in Paragraph 7 of the SAC, Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations

8.    To the extent the allegations in Paragraph 8 of the SAC refer to Criteo and/or Criteo's conduct, Criteo denies those allegations. As to the remaining allegations in Paragraph 8 of the SAC, Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations

## JURISDICTION AND VENUE

9.    Criteo denies that this Court has subject matter jurisdiction over any of the claims Plaintiff asserts against Criteo, including because Plaintiff has not suffered any injury caused by Criteo sufficient for Article III standing.

10.    Criteo denies that this Court has subject matter jurisdiction over any of the claims Plaintiff asserts against Criteo, including because Plaintiff has not suffered any injury caused by Criteo sufficient for Article III standing.

11.    Criteo denies that this Court has personal jurisdiction over it. As to the remaining allegations in Paragraph 11 of the SAC, Criteo is without knowledge or

information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations

12.    Criteo denies the allegations of Paragraph 12 of the SAC.

13.    Criteo denies that this Court has personal jurisdiction over it and accordingly denies that venue is proper in this District.

## THE PARTIES

14.    Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 14 of the SAC and, therefore, denies the allegations.

15.    Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 15 of the SAC and, therefore, denies the allegations.

16.    Criteo admits that it is a Delaware corporation with its principal executive offices and principal place of business located in New York, New York, and that it is a wholly owned subsidiary of Criteo S.A., a French corporation.

17.    Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 17 of the SAC and, therefore, denies the allegations.

## FACTUAL ALLEGATIONS

**A.    Statutory Background**

18.    To the extent the allegations in Paragraph 18 of the SAC quote or summarize the language of California Invasion of Privacy Act, Criteo states that the statute speaks for itself. Further, to extent Paragraph 18 of the SAC contains or was intended to contain any allegations of fact, Criteo denies those allegations.

19.    To the extent the allegations in Paragraph 19 of the SAC quote or summarize the language of California Invasion of Privacy Act, Criteo states that the statute speaks for itself. Further, to extent Paragraph 19 of the SAC contains or was intended to contain any allegations of fact, Criteo denies those allegations.

20.    To the extent the allegations in Paragraph 20 of the SAC quote or summarize the language of various case law, Criteo states that the cases speak for themselves. The remaining allegations in Paragraph 20 of the SAC are either legal conclusion to which no response is required or, to the extent those allegations contain or are intended to contain statements of fact, Criteo denies those statements.

21.    Criteo denies that "CIPA affords a private right of action to any person who has been subjected to a violation of the statute to seek injunctive relief and statutory damages of $5,000 per violation, regardless of whether they suffered actual damages." CIPA provides a private right of action to any person who has been injured by a violation of CIPA.

**B.    Without Users' Knowledge or Consent, CVS Discloses and Aids in Adobe's Interception of Website Users' Private Information.**

22.    Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 22 of the SAC and, therefore, denies the allegations.

23.    Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 23 of the SAC and, therefore, denies the allegations.

24.    Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 24 of the SAC and, therefore, denies the allegations.

25.    Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 25 of the SAC and, therefore, denies the allegations.

26.    To the extent the allegations in Paragraph 26 of the SAC refer to Criteo and/or Criteo's conduct, Criteo denies those allegations. Criteo is otherwise without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 26 of the SAC and, therefore, denies the allegations.

27.     Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 27 of the SAC and, therefore, denies the allegations.

28.     Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 28 of the SAC and, therefore, denies the allegations.

29.     Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 29 of the SAC and, therefore, denies the allegations.

30.     Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 30 of the SAC and, therefore, denies the allegations.

31.     Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 31 of the SAC and, therefore, denies the allegations.

32.     Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 32 of the SAC and, therefore, denies the allegations.

33.     To the extent the allegations in Paragraph 33 of the SAC refer to Criteo and/or Criteo's conduct, Criteo denies those allegations. Criteo is otherwise without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 33 of the SAC and, therefore, denies the allegations.

34.     Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 34 of the SAC and, therefore, denies the allegations.

35.     Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 35 of the SAC and, therefore, denies the allegations.

36.    Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 36 of the SAC and, therefore, denies the allegations.

37.    Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 37 of the SAC and, therefore, denies the allegations.

38.    Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 38 of the SAC and, therefore, denies the allegations.

39.    Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 39 of the SAC and, therefore, denies the allegations.

### i.    *Keyword Searches*

40.    Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 40 of the SAC and, therefore, denies the allegations.

41.    Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 41 of the SAC and, therefore, denies the allegations.

42.    Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 42 of the SAC and, therefore, denies the allegations.

43.    Criteo denies the allegations in Paragraph 43 of the SAC.

### ii.    *Viewing, clicking on, and purchasing medicine and merchandise*

44.    Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 44 of the SAC and, therefore, denies the allegations.

45.    Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 45 of the SAC and, therefore, denies the allegations.

46.    Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 46 of the SAC and, therefore, denies the allegations.

47.    Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 47 of the SAC and, therefore, denies the allegations.

48.    Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 48 of the SAC and, therefore, denies the allegations.

49.    Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 49 of the SAC and, therefore, denies the allegations.

50.    Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 50 of the SAC and, therefore, denies the allegations.

51.    Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 51 of the SAC and, therefore, denies the allegations.

### iii.    *Scheduling Vaccinations*

52.    Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 52 of the SAC and, therefore, denies the allegations.

53.    Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 53 of the SAC and, therefore, denies the allegations.

54.    Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 54 of the SAC and, therefore, denies the allegations.

55.    Criteo denies the allegations in Paragraph 55 of the SAC.

### iv.    Scheduling MinuteClinic Appointments

56.    Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 56 of the SAC and, therefore, denies the allegations.

57.    Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 57 of the SAC and, therefore, denies the allegations.

58.    Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 58 of the SAC and, therefore, denies the allegations.

### v.    Managing Prescription Drugs

59.    Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 59 of the SAC and, therefore, denies the allegations.

60.    Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 60 of the SAC and, therefore, denies the allegations.

61.    Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 61 of the SAC and, therefore, denies the allegations.

### C.    Without Users' Knowledge or Consent, CVS Discloses and Aids in Criteo's Interception of Website Users' Private Information.

62.    Criteo admis that it provided services to CVS and that it received payment from CVS but otherwise denies the allegations in Paragraph 62 of the SAC.

63.     To the extent the allegations in Paragraph 63 of the SAC refer to Criteo's conduct or services with respect to the CVS website, Criteo denies the allegations. The allegations of Paragraph 63 are otherwise vague and ambiguous and Criteo does not know what Plaintiff intends to allege, and on that basis, Criteo denies the allegations.

64.     Criteo admits that it provided certain code to CVS, but to the extent the allegations in Paragraph 64 of the SAC otherwise refer to Criteo and/or Criteo's conduct, Criteo denies the allegations.  Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in the Paragraph 64 of the SAC and, therefore, denies the allegations.

65.     The allegations in Paragraph 65 of the SAC are legal conclusions to which no response is required.  To the extent Paragraph 65 of the SAC contains or is intended to contain allegations of fact, Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations..

66.     Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 66 of the SAC and, therefore, denies the allegations.

67.     The SAC does not contain any Paragraph 67, and accordingly, no response is required..

68.     The SAC does not contain any Paragraph 68, and accordingly, and accordingly, no response is required. .

69.     The SAC does not contain any Paragraph 69, and accordingly, and accordingly, no response is required.

70.     The SAC does not contain any Paragraph 70, and accordingly, and accordingly, no response is required.

71.     Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 71 of the SAC and, therefore, denies the allegations.

72.     Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 72 of the SAC and, therefore, denies the allegations.

**D.     Criteo Purposely Directs Its Tracking Code to California.**

73.     Criteo denies the allegations in Paragraph 73 of the SAC.

74.     Criteo denies that it collects geolocation information and denies that it determined country, region and city of CVS website visitors.

75.     To the extent the allegations in Paragraph 75 of the SAC refer to Criteo's conduct or services with respect to the CVS website, Criteo denies the allegations. The allegations of Paragraph 75 are otherwise vague and ambiguous and Criteo does not know what Plaintiff intends to allege, and on that basis, Criteo denies the allegations.

76.     Criteo admits that the quoted statement appears on Criteo's website, but denies that the statement relates to any services provided to CVS and further responds that to the extent the allegations in Paragraph 76 of the SAC refer to Criteo's conduct or services with respect to the CVS website, Criteo denies the allegations.  The allegations of Paragraph 76 are otherwise vague and ambiguous and Criteo does not know what Plaintiff intends to allege, and on that basis, Criteo denies the allegations.

77.     Criteo admits that it provides a video on its website, but denies that the video relates to any services provided to CVS and further responds that to the extent the allegations in Paragraph 77 of the SAC refer to Criteo's conduct or services with respect to the CVS website, Criteo denies the allegations.   The allegations of Paragraph 77 are otherwise vague and ambiguous and Criteo does not know what Plaintiff intends to allege, and on that basis, Criteo denies the allegations.

78.     To the extent the allegations in Paragraph 78 of the SAC refer to Criteo's conduct or services with respect to the CVS website, Criteo denies the allegations. The allegations of Paragraph 78 are otherwise vague and ambiguous and Criteo does not know what Plaintiff intends to allege, and on that basis, Criteo denies the allegations.

**E.      Without Users' Knowledge or Consent, CVS Discloses and Aids in Medallia's Interception of Website Users' Private Information.**

79.     Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 79 of the SAC and, therefore, denies the allegations.

80.     Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 80 of the SAC and, therefore, denies the allegations.

81.     Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 81 of the SAC and, therefore, denies the allegations.

82.     Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 82 of the SAC and, therefore, denies the allegations.

83.     Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 83 of the SAC and, therefore, denies the allegations.

84.     Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 84 of the SAC and, therefore, denies the allegations.

85.     Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 85 of the SAC and, therefore, denies the allegations.

**F.      Plaintiffs and Class Members Had Multiple Bases for Reasonable Expectations of Privacy.**

86.      The allegations in Paragraph 86 of the SAC are legal conclusions to which no response is required. To the extent Paragraph 86 of the SAC contains or is intended to contain allegations of fact, Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations.

87.      To the extent Paragraph 87 of the SAC quotes or summarizes HIPAA's Privacy Rule, Criteo states that the statute speaks for itself. To the extent Paragraph 87 of the SAC contains or is intended to contain allegations of fact, Criteo denies those allegations.

88.      To the extent Paragraph 88 of the SAC quotes or summarizes HIPAA, Criteo states that the statute speaks for itself. To the extent Paragraph 88 of the SAC contains or is intended to contain allegations of fact, Criteo denies those allegations.

89.      To the extent Paragraph 89 of the SAC quotes or summarizes statements made by HHS, Criteo states that those statements speak for themselves. To the extent Paragraph 89 of the SAC contains or is intended to contain allegations of fact, Criteo denies those allegations.

90.      To the extent Paragraph 90 of the SAC quotes or summarizes guidance provided by HHS, Criteo states that the guidance speaks for itself. To the extent Paragraph 90 of the SAC contains or is intended to contain allegations of fact, Criteo denies those allegations.

91.      To the extent Paragraph 91 of the SAC quotes or summarizes statements issued by the OCR, Criteo states that the OCR's statements speak for themselves. To the extent Paragraph 91 of the SAC contains or is intended to contain allegations of fact, Criteo denies those allegations.

92.      To the extent Paragraph 92 of the SAC quotes or summarizes statements issued by HHS, Criteo states that HHS's statements speak for themselves. To the

extent Paragraph 92 of the SAC contains or is intended to contain allegations of fact, Criteo denies those allegations.

93.    To the extent Paragraph 93 of the SAC quotes or summarizes statements issued by David Holtzman, Criteo states that Mr. Holtzman's statements speak for themselves. To the extent Paragraph 93 of the SAC contains or is intended to contain allegations of fact, Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations.

94.    Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 94 of the SAC and, therefore, denies the allegations.

**G.    Class Members' Private Information Had Financial Value, and Class Members Were Harmed.**

95.    To the extent Paragraph 95 of the SAC quotes or summarizes statements issued by The Economist, Criteo states that The Economist's statements speak for themselves. To the extent Paragraph 95 of the SAC contains or is intended to contain allegations of fact, Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations.

96.    To the extent Paragraph 96 of the SAC quotes or summarizes statements issued by TechCrunch, Criteo states that TechCrunch's statements speak for themselves. To the extent Paragraph 96 of the SAC contains or is intended to contain allegations of fact, Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations.

97.    To the extent Paragraph 97 of the SAC quotes or summarizes statements issued by Invisibly, Criteo states that Invisibly's statements speak for themselves. To the extent Paragraph 97 of the SAC contains or is intended to contain allegations of

1   fact, Criteo is without knowledge or information sufficient to form a belief as to the

2   truth or falsity of those allegations and, therefore, denies the allegations.

3       98.    To the extent Paragraph 98 of the SAC quotes or summarizes statements

4   issued by Invisibly, Criteo states that Invisibly's statements speak for themselves. To

5   the extent Paragraph 98 of the SAC contains or is intended to contain allegations of

6   fact, Criteo is without knowledge or information sufficient to form a belief as to the

7   truth or falsity of those allegations and, therefore, denies the allegations.

8       99.    To the extent Paragraph 99 of the SAC quotes or summarizes statements

9   issued by CNBC, Criteo states that CNBC's statements speak for themselves. To the

10  extent Paragraph 99 of the SAC contains or is intended to contain allegations of fact,

11  Criteo is without knowledge or information sufficient to form a belief as to the truth

12  or falsity of those allegations and, therefore, denies the allegations.

13      100.   Criteo is without knowledge or information sufficient to form a belief as

14  to the truth or falsity of the allegations in Paragraph 100 of the SAC and, therefore,

15  denies the allegations.

16      101.   Criteo is without knowledge or information sufficient to form a belief as

17  to the truth or falsity of the allegations in Paragraph 101 of the SAC and, therefore,

18  denies the allegations.

19  **H.    Plaintiff Brewer's Experience**

20      102.   Criteo is without knowledge or information sufficient to form a belief as

21  to the truth or falsity of the allegations in Paragraph 102 of the SAC and, therefore,

22  denies the allegations.

23      103.   Criteo is without knowledge or information sufficient to form a belief as

24  to the truth or falsity of the allegations in Paragraph 103 of the SAC and, therefore,

25  denies the allegations.

26      104.   Criteo is without knowledge or information sufficient to form a belief as

27  to the truth or falsity of the allegations in Paragraph 104 of the SAC and, therefore,

28  denies the allegations.

105.   Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 105 of the SAC and, therefore, denies the allegations.

106.   Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 106 of the SAC and, therefore, denies the allegations.

107.   Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 107 of the SAC and, therefore, denies the allegations.

108.   To the extent the allegations in Paragraph 108 of the SAC refers to Criteo and/or Criteo's conduct, Criteo denies the allegations. Criteo is otherwise without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 108 of the SAC and, therefore, denies the allegations.

109.   To the extent the allegations in Paragraph 109 of the SAC refers to Criteo and/or Criteo's conduct, Criteo denies the allegations.  Criteo is otherwise without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 109 of the SAC allegations and, therefore, denies the allegations.

110.   To the extent the allegations in Paragraph 110 of the SAC refers to Criteo and/or Criteo's conduct, Criteo denies the allegations.  Criteo is otherwise without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 110 of the SAC and, therefore, denies the allegations.

111.   Criteo denies the allegations in Paragraph 111 of the SAC.

## TOLLING OF STATUTE OF LIMITATIONS AND DELAYED DISCOVERY

112.   Paragraph 112 of the SAC contains legal conclusions to which no response is required. To the extent Paragraph 112 of the SAC contains or is intended to contain allegations of fact, Criteo is without knowledge or information sufficient

to form a belief as to the truth or falsity of those allegations and, therefore, denies those allegations.

113.   Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 113 of the SAC and, therefore, denies the allegations.

114.   To the extent the allegations in Paragraph 114 of the SAC refers to Criteo and/or Criteo's conduct, Criteo denies the allegations.  Criteo is otherwise without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 114 of the SAC and, therefore, denies the allegations.

115.   Paragraph 115 of the SAC contains legal conclusions to which no response is required. To the extent Paragraph 115 of the SAC contains or is intended to contain allegations of fact, Criteo denies those allegations.

## CLASS ACTION ALLEGATIONS

116.   Paragraph 116 of the SAC contains legal conclusions to which no response is required. To the extent Paragraph 116 of the SAC contains or is intended to contain allegations of fact, Criteo denies those allegations.

117.   Paragraph 117 of the SAC contain no factual allegations requiring a response. To the extent Paragraph 117 of the SAC contains or is intended to contain allegations of fact, Criteo denies those allegations.

118.   Paragraph 118 of the SAC contain no factual allegations requiring a response. To the extent Paragraph 118 of the SAC contains or is intended to contain allegations of fact, Criteo denies those allegations.

119.   Paragraph 119 of the SAC contain no factual allegations requiring a response. To the extent Paragraph 119 of the SAC contains or is intended to contain allegations of fact, Criteo denies those allegations.

120.   Paragraph 120 of the SAC contains legal conclusions to which no response is required. To the extent Paragraph 120 of the SAC contains or is intended

to contain allegations of fact, Criteo denies those allegations, at least as it relates to the claims against Criteo.

121.  Paragraph 121 of the SAC contains legal conclusions to which no response is required. To the extent Paragraph 121 of the SAC contains or is intended to contain allegations of fact, Criteo denies those allegations, at least as it relates to the claims against Criteo.

122.  Paragraph 122 of the SAC contains legal conclusions to which no response is required. To the extent Paragraph 122 of the SAC contains or is intended to contain allegations of fact, Criteo denies those allegations, at least as it relates to the claims against Criteo.

123.  Paragraph 123 of the SAC contains legal conclusions to which no response is required. To the extent Paragraph 123 of the SAC contains or is intended to contain allegations of fact, Criteo denies those allegations, at least as it relates to the claims against Criteo.

124.  Paragraph 124 of the SAC contains legal conclusions to which no response is required. To the extent Paragraph 124 of the SAC contains or is intended to contain allegations of fact, Criteo denies those allegations, at least as it relates to the claims against Criteo.

## CLAIMS FOR RELIEF

### FIRST CAUSE OF ACTION

### Violation Of the California Invasion of Privacy Act (CIPA)

### Cal. Penal Code § 631(a)

125.  Criteo incorporates herein its responses to Plaintiff's allegations in Paragraphs 1 through 124 of the SAC.

126.  To the extent that Paragraph 126 of the SAC quotes or summarizes the California Invasion of Privacy Act ("CIPA"), Criteo states that the statute speaks for itself. To the extent that Paragraph 126 contains or is intended to contain allegations

SMRH:4925-0020-4412

DEFENDANT CRITEO CORP.'S ANSWER TO SECOND AMENDED COMPLAINT

1   of fact, Criteo is without knowledge or information sufficient to form a belief as to

2   the truth or falsity of those allegations and, therefore, denies the allegations.

3       127.   To the extent that Paragraph 127 of the SAC quotes or summarizes

4   CIPA, Criteo states that the statute speaks for itself. To the extent that Paragraph 127

5   contains or is intended to contain allegations of fact, Criteo is without knowledge or

6   information sufficient to form a belief as to the truth or falsity of those allegations

7   and, therefore, denies the allegations.

8       128.   Paragraph 128 of the SAC includes legal conclusions to which no

9   response is required. To the extent Paragraph 128 contains or is intended to contain

10  allegations of fact, Criteo denies them.

11      129.   The allegations in Paragraph 129 of the SAC include legal conclusions

12  to which no response is required. As to any remaining allegations in Paragraph 129

13  of the SAC, they are vague and ambiguous. As such, Criteo denies the remaining

14  allegations in Paragraph 128 of the SAC.

15      130.   To the extent the allegations in Paragraph 131 of the SAC refer to Criteo

16  and/or Criteo's conduct, Criteo denies those allegations. As to any remaining

17  allegations in Paragraph 130 of the SAC, Criteo is without knowledge or information

18  sufficient to form a belief as to the truth or falsity of those allegations and, therefore,

19  denies the allegations.

20      131.   To the extent the allegations in Paragraph 131 of the SAC refer to Criteo

21  and/or Criteo's conduct, Criteo denies those allegations. As to the remaining

22  allegations in Paragraph 131 of the SAC, Criteo is without knowledge or information

23  sufficient to form a belief as to the truth or falsity of those allegations and, therefore,

24  denies the allegations.

25      132.   To the extent the allegations in Paragraph 132 of the SAC refer to Criteo

26  and/or Criteo's conduct, Criteo denies those allegations. As to the remaining

27  allegations in Paragraph 132 of the SAC, Criteo is without knowledge or information

28

1  sufficient to form a belief as to the truth or falsity of those allegations and, therefore,

2  denies the allegations.

3      133.   Criteo is without knowledge or information sufficient to form a belief as

4  to the truth or falsity of the allegations in Paragraph 133 of the SAC and, therefore,

5  denies the allegations.

6      134.   To the extent the allegations in Paragraph 134 of the SAC refer to Criteo

7  and/or Criteo's conduct, Criteo denies those allegations.   As to the remaining

8  allegations in Paragraph 134 of the SAC, Criteo is without knowledge or information

9  sufficient to form a belief as to the truth or falsity of those allegations and, therefore,

10 denies the allegations.

11     135.   To the extent the allegations in Paragraph 135 of the SAC refer to Criteo

12 and/or Criteo's conduct, Criteo denies those allegations. As to the remaining

13 allegations in Paragraph 135 of the SAC, Criteo is without knowledge or information

14 sufficient to form a belief as to the truth or falsity of those allegations and, therefore,

15 denies the allegations.

16     136.   Paragraph 136 of the SAC contains legal conclusions to which no

17 response is required. To the extent Paragraph 136 of the SAC contains or is intended

18 to contain allegations of fact, Criteo denies those allegations.

19     137.   To the extent the allegations in Paragraph 137 of the SAC refer to Criteo

20 and/or Criteo's conduct, Criteo denies those allegations. As to the remaining

21 allegations in Paragraph 137 of the SAC, Criteo is without knowledge or information

22 sufficient to form a belief as to the truth or falsity of those allegations and, therefore,

23 denies the allegations.

24     138.   To the extent the allegations in Paragraph 138 of the SAC refer to Criteo

25 and/or Criteo's conduct, Criteo denies those allegations. As to the remaining

26 allegations in Paragraph 138 of the SAC, Criteo is without knowledge or information

27 sufficient to form a belief as to the truth or falsity of those allegations and, therefore,

28 denies the allegations.

139.    To the extent the allegations in Paragraph 139 of the SAC refer to Criteo and/or Criteo's conduct, Criteo denies those allegations. As to the remaining allegations in Paragraph 139 of the SAC, Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations.

140.    To the extent the allegations in Paragraph 140 of the SAC refer to Criteo and/or Criteo's conduct, Criteo denies those allegations.  As to the remaining allegations in Paragraph 140 of the SAC, Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations.

141.    To the extent the allegations in Paragraph 141 of the SAC refer to Criteo and/or Criteo's conduct, Criteo denies those allegations. As to the remaining allegations in Paragraph 141 of the SAC, Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations.

142.    To the extent the allegations in Paragraph 142 of the SAC refer to Criteo and/or Criteo's conduct, Criteo denies those allegations. As to the remaining allegations in Paragraph 142 of the SAC, Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations.

143.    Criteo denies that either Plaintiffs or the Class are entitled to any relief, whatsoever, from Criteo. Criteo further denies that anything it did violated CIPA.

144.    Criteo denies the allegations in Paragraph 144 of the SAC.

## SECOND CAUSE OF ACTION

## Violation Of the California Invasion of Privacy Act (CIPA)

## Cal. Penal Code § 632(a)

145.    Criteo incorporates herein its responses to Plaintiff's allegations in Paragraphs 1 through 145 of the SAC.

146.   To the extent that Paragraph 146 of the SAC quotes or summarizes CIPA, Criteo states that the statute speaks for itself. To the extent that Paragraph 146 contains or is intended to contain allegations of fact, Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations.

147.   Paragraph 147 of the SAC includes legal conclusions to which no response is required. To the extent Paragraph 147 contains or is intended to contain allegations of fact, Criteo denies them.

148.   The allegations in Paragraph 148 of the SAC include legal conclusions to which no response is required. As to any remaining allegations in Paragraph 148 of the SAC, they are vague and ambiguous. As such, Criteo denies the remaining allegations in Paragraph 148 of the SAC.

149.   To the extent the allegations in Paragraph 149 of the SAC refer to Criteo and/or Criteo's conduct, Criteo denies those allegations. As to the remaining allegations in Paragraph 149 of the SAC, Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations.

150.   To the extent the allegations in Paragraph 150 of the SAC refer to Criteo and/or Criteo's conduct, Criteo denies those allegations. As to the remaining allegations in Paragraph 150 of the SAC, Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations.

151.   Criteo admits that CVS used certain Criteo code in connection with its website. The remaining allegations in Paragraph 151 of the SAC are vague and ambiguous or Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations.

152.   Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 152 of the SAC and, therefore, denies the allegations.

153.   To the extent the allegations in Paragraph 153 of the SAC refer to Criteo and/or Criteo's conduct, Criteo denies those allegations. As to any remaining allegations in Paragraph 153 of the SAC, Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations.

154.   To the extent the allegations in Paragraph 154 of the SAC refer to Criteo and/or Criteo's conduct, Criteo denies those allegations. As to any remaining allegations in Paragraph 154 of the SAC, Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations.

155.   Paragraph 155 of the SAC contains legal conclusions to which no response required. To the extent Paragraph 155 of the SAC contains or is intended to contain allegations of fact, Criteo denies those allegations.

156.   To the extent the allegations in Paragraph 156 of the SAC refer to Criteo and/or Criteo's conduct, Criteo denies those allegations. As to the remaining allegations in Paragraph 156 of the SAC, Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations.

157.   To the extent the allegations in Paragraph 157 of the SAC refer to Criteo and/or Criteo's conduct, Criteo denies those allegations. As to the remaining allegations in Paragraph 157 of the SAC, Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations.

158.   To the extent the allegations in Paragraph 158 of the SAC refer to Criteo and/or Criteo's conduct, Criteo denies those allegations. As to the remaining

allegations in Paragraph 158 of the SAC, Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations.

159.   To the extent the allegations in Paragraph 159 of the SAC refer to Criteo and/or Criteo's conduct, Criteo denies those allegations. As to the remaining allegations in Paragraph 159 of the SAC, Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations.

160.   Criteo denies that either Plaintiffs or the Class are entitled to any relief, whatsoever, from Criteo. Criteo further denies that anything it did violated CIPA.

161.   Criteo denies the allegations in Paragraph 161 of the SAC.

### THIRD CAUSE OF ACTION

### Breach of Confidence

162.   Plaintiff has admitted, both to the Court and the parties, that he is no longer asserting a claim for and either has or will dismiss his claim for Breach of Confidence against Criteo. Therefore, this claim is no longer pending against Criteo, and no response is required.

163.   Plaintiff has admitted, both to the Court and the parties, that he is no longer asserting a claim for and either has or will dismiss his claim for Breach of Confidence against Criteo. Therefore, this claim is no longer pending against Criteo, and no response is required.

164.   Plaintiff has admitted, both to the Court and the parties, that he is no longer asserting a claim for and either has or will dismiss his claim for Breach of Confidence against Criteo. Therefore, this claim is no longer pending against Criteo, and no response is required.

165.   Plaintiff has admitted, both to the Court and the parties, that he is no longer asserting a claim for and either has or will dismiss his claim for Breach of

1  Confidence against Criteo. Therefore, this claim is no longer pending against Criteo,
2  and no response is required.

3      166.   Plaintiff has admitted, both to the Court and the parties, that he is no
4  longer asserting a claim for and either has or will dismiss his claim for Breach of
5  Confidence against Criteo. Therefore, this claim is no longer pending against Criteo,
6  and no response is required.

7      167.   Plaintiff has admitted, both to the Court and the parties, that he is no
8  longer asserting a claim for and either has or will dismiss his claim for Breach of
9  Confidence against Criteo. Therefore, this claim is no longer pending against Criteo,
10  and no response is required.

11     168.   Plaintiff has admitted, both to the Court and the parties, that he is no
12  longer asserting a claim for and either has or will dismiss his claim for Breach of
13  Confidence against Criteo. Therefore, this claim is no longer pending against Criteo,
14  and no response is required.

15     169.   Plaintiff has admitted, both to the Court and the parties, that he is no
16  longer asserting a claim for and either has or will dismiss his claim for Breach of
17  Confidence against Criteo. Therefore, this claim is no longer pending against Criteo,
18  and no response is required.

19     170.   Plaintiff has admitted, both to the Court and the parties, that he is no
20  longer asserting a claim for and either has or will dismiss his claim for Breach of
21  Confidence against Criteo. Therefore, this claim is no longer pending against Criteo,
22  and no response is required.

23                    **FOURTH CAUSE OF ACTION**

24        **Invasion of Privacy Under California's Constitution**

25     171.   Criteo incorporates herein its responses to Plaintiff's allegations in
26  Paragraphs 1 through 170 of the SAC.

27

28

SMRH:4925-0020-4412        DEFENDANT CRITEO CORP.'S ANSWER TO SECOND AMENDED COMPLAINT

172.   Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 172 of the SAC and, therefore, denies those allegations.

173.   To the extent the allegation in Paragraph 173 of the SAC refer to Criteo and/or Criteo's conduct, Criteo denies the allegations. As to the remaining allegations in Paragraph 173 of the SAC, Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations.

174   To the extent the allegation in Paragraph 174 of the SAC refer to Criteo and/or Criteo's conduct, Criteo denies the allegations. As to the remaining allegations in Paragraph 174 of the SAC, Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies the allegations.

175.   To the extent the allegation in Paragraph 175 of the SAC refer to Criteo and/or Criteo's conduct, Criteo denies the allegations. As to the remaining allegations in Paragraph 175 of the SAC, Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies those allegations.

176.   Criteo denies the allegations in Paragraph 176 of the SAC.

177.   Criteo denies the allegations in Paragraph 177 of the SAC.

178.   Criteo denies the allegations in Paragraph 178 of the SAC.

179.   Paragraph 179 of the SAC includes no allegations of fact that require a response. Criteo denies that either Plaintiff or the Class are entitled to any relief, whatsoever, from Criteo.

180.   Criteo denies the allegations in Paragraph 180 of the SAC.

181.   Paragraph 181 of the SAC includes no allegations of fact that require a response. Criteo denies that either Plaintiff or the Class are entitled to any relief, whatsoever, from Criteo.

**SIXTH CAUSE OF ACTION**

**Common Law Invasion of Privacy—Intrusion Upon Seclusion**

182.    Criteo incorporates herein its responses to Plaintiff's allegations in Paragraphs 1 through 181 of the SAC.

183.    Paragraph 183 of the SAC includes legal conclusions to which no response is required. To the extent Paragraph 183 of the SAC contains or is intended to contain allegations of fact, Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies those allegations.

184.    Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 184 of the SAC and, therefore, denies those allegations.

185.    To the extent the allegations in Paragraph 185 of the SAC refer to Criteo and/or Criteo's conduct, Criteo denies the allegations.  As to the remaining allegations in Paragraph 185 of the SAC, Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies those allegations.

186.    Paragraph 186 of the SAC includes legal conclusions to which no response is required. To the extent Paragraph 186 of the SAC contains or is intended to contain allegations of fact concerning Criteo and/or Criteo's conduct, Criteo denies the allegations.

187.    To the extent the allegations in Paragraph 187 of the SAC refer to Criteo and/or Criteo's conduct, Criteo denies the allegations. As to the remaining allegations in Paragraph 187 of the SAC, Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies those allegations.

188.    To the extent the allegations in Paragraph 188 of the SAC refer to Criteo and/or Criteo's conduct, Criteo denies the allegations. As to the remaining allegations

1  in Paragraph 188 of the SAC, Criteo is without knowledge or information sufficient
2  to form a belief as to the truth or falsity of those allegations and, therefore, denies
3  those allegations.

4      189.   To the extent the allegations in Paragraph 189 of the SAC refer to Criteo
5  and/or Criteo's conduct, Criteo denies the allegations. As to the remaining allegations
6  in Paragraph 189 of the SAC, Criteo is without knowledge or information sufficient
7  to form a belief as to the truth or falsity of those allegations and, therefore, denies
8  those allegations.

9      190.   To the extent the allegations in Paragraph 190 of the SAC refer to Criteo
10 and/or Criteo's conduct, Criteo denies the allegations. As to the remaining allegations
11 in Paragraph 190 of the SAC, Criteo is without knowledge or information sufficient
12 to form a belief as to the truth or falsity of those allegations and, therefore, denies
13 those allegations.

14     191.   Paragraph 191 of the SAC includes no allegations of fact that require a
15 response. Criteo denies that either Plaintiffs or the Class are entitled to any relief,
16 whatsoever, from Criteo.

17     192.   Criteo denies the allegations in Paragraph 192 of the SAC.

18     193.   Paragraph 193 of the SAC includes no allegations of fact that require a
19 response. Criteo denies that either Plaintiffs or the Class are entitled to any relief,
20 whatsoever, from Criteo.

21                       **SEVENTH CAUSE OF ACTION**
22                       **Negligence and Negligence Per Se**

23     194.   Criteo incorporates herein its responses to Plaintiff's allegations in
24 Paragraphs 1 through 193 of the SAC.

25     195.   Criteo is without knowledge or information sufficient to form a belief as
26 to the truth or falsity of the allegations in Paragraph 195 of the SAC and, therefore,
27 denies those allegations.

28

196.   To the extent the allegations in Paragraph 196 of the SAC refer to Criteo and/or Criteo's conduct, Criteo denies the allegations. As to any remaining allegations in Paragraph 196 of the SAC, Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies those allegations.

197.   Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 197 of the SAC and, therefore, denies those allegations.

198.   To the extent the allegations in Paragraph 198 of the SAC refer to Criteo and/or Criteo's conduct, Criteo denies the allegations. As to any remaining allegations in Paragraph 198 of the SAC, Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies those allegations.

199.   Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations in Paragraph 199 of the SAC and, therefore, denies those allegations. To the extent the allegations in Paragraph 199 of the SAC refer to Criteo and/or Criteo's conduct, Criteo denies the allegations.

200.   To the extent the allegations in Paragraph 200 of the SAC refer to Criteo and/or Criteo's conduct, Criteo denies the allegations. As to any remaining allegations in Paragraph 200 of the SAC, Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies those allegations.

201.   To the extent the allegations in Paragraph 201 of the SAC refer to Criteo and/or Criteo's conduct, Criteo denies the allegations. As to any remaining allegations in Paragraph 201 of the SAC, Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies those allegations.

202.    To the extent the allegations in Paragraph 202 of the SAC refer to Criteo and/or Criteo's conduct, Criteo denies the allegations. As to any remaining allegations in Paragraph 202 of the SAC, Criteo is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, therefore, denies those allegations.

## RELIEF REQUESTED

Criteo denies that Plaintiff and/or the Class Members were injured, in any way, by anything Criteo did or did not do. Therefore, Criteo denies that Plaintiffs and/or any member of the Class are entitled to any relief from Criteo.

## DEMAND FOR JURY TRIAL

Criteo admits that Plaintiff has requested "trial by jury for all claims asserted in this Complaint so triable."

## CRITEO'S AFFIRMATIVE DEFENSES

By way of further response, Criteo asserts and alleges the following Affirmative Defenses to the SAC.  By alleging the Affirmative Defenses set forth below, Criteo does not agree or concede that it bears the burden of proof or the burden of persuasion on any of these issues, whether in whole or in part.

## FIRST AFFIRMATIVE DEFENSE

## (Subject Matter Jurisdiction)

This Court lacks subject matter jurisdiction over this class action because Plaintiff has not suffered any injury or harm caused by Criteo that is cognizable under Article III of the United States Constitution as recently held in *Popa v. Microsoft Corp.*, No. 24-14, 2025 WL 2448824 (9th Cir. Aug. 26, 2025).

## SECOND AFFIRMATIVE DEFENSE

## (Lack of Statutory Standing)

The SAC is barred because Plaintiff has not been injured by a violation of California Penal Code § 630, *et seq.*, which is required to assert a claim for statutory damages under California Penal Code § 637.2.

**THIRD AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

The SAC fails to state a claim upon which relief can be granted against Criteo.

**FOURTH AFFIRMATIVE DEFENSE**

**(Statute of Limitations/Laches)**

The SAC is barred, in whole or in part, by the applicable statutes of limitation, including, but not limited to, those under California Penal Code § 630, *et seq.* and/or the equitable doctrine of laches.

**FIFTH AFFIRMATIVE DEFENSE**

**(Prior Consent or Permission)**

On information and belief, Plaintiff's and/or the Class Members' claims are barred because they consented to the conduct alleged by reading the disclosures on the CVS websites and/or agreeing to other applicable policies.

**SIXTH AFFIRMATIVE DEFENSE**

**(No Class Capable of Certification)**

Plaintiff has not identified a class of individuals capable of certification under the Federal Rules of Civil Procedure.

**SEVENTH AFFIRMATIVE DEFENSE**

**(No Statutory Damages)**

Neither Plaintiff nor any member of the Class is entitled to statutory damages because Criteo has not engaged in any conduct in violation of CIPA.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Uncertainty)**

Plaintiff's and/or the Class Members' claims are barred, in whole or in part, to the extent that they are uncertain in pleading the material allegations thereof or to the extent they are based on a criminal statute, such as CIPA, whose interpretation is uncertain and, therefore, unenforceable against Criteo under the rule of lenity.

## NINTH AFFIRMATIVE DEFENSE

### (Failure to Join Necessary or Indispensable Party)

Plaintiff's and/or the Class Members' claims are barred, in full or in part, because Plaintiff has failed to join a necessary or indispensable parties to the action.

## TENTH AFFIRMATIVE DEFENSE

### (Excessive Fines)

The SAC, and each and every count therein, is barred, in whole or in part, because it seeks to impose an excessive fine within the meaning of the Excessive Fines and Penalties Clause of the Eighth Amendment to the United States Constitution.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Supervening Cause)

The claims asserted in the SAC are barred, in whole or in part, to the extent that any injury or loss sustained was caused by intervening or supervening events over which Criteo had or has no control.

## TWELFTH AFFIRMATIVE DEFENSE

### (Equitable Indemnity)

To the extent Plaintiff or Class Members have suffered any damage as a result of any alleged act or omission of Criteo, which Criteo denies, Criteo is entitled to equitable indemnity according to comparative fault from other persons and/or entities causing or contributing to such damages, if any.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Apportionment)

Without admitting that any damages exist, if damages were suffered by Plaintiff or putative class members as alleged in the SAC, those damages were proximately caused by and contributed to by persons other than Criteo. The liability, if any exists, of Criteo and/or any responsible parties, named or unnamed, should be apportioned

1    according to their relative degrees of fault, and the liability of Criteo should be

2    reduced accordingly.

3    <strong>FOURTEENTH AFFIRMATIVE DEFENSE</strong>

4    <strong>(Failure to Mitigate)</strong>

5           Plaintiff and Class Members, although under a legal obligation to do so, have

6    failed to take reasonable steps to mitigate any alleged damages that they may have

7    and are therefore barred from recovering damages, if any, from Criteo.

8    <strong>FIFTEENTH AFFIRMATIVE DEFENSE</strong>

9    <strong>(Assumption of Risk)</strong>

10           Plaintiff and Class Members assumed the risk of any browsing information

11    being shared with third parties by voluntarily using internet-based services.

12    <strong>SIXTEENTH AFFIRMATIVE DEFENSE</strong>

13    <strong>(No Duty)</strong>

14           Criteo owed no legal duty to Plaintiff or putative Class Members.

15    <strong>SEVENTEENTH AFFIRMATIVE DEFENSE</strong>

16    <strong>(Lack of Personal Jurisdiction)</strong>

17           This Court lacks personal jurisdiction over Criteo in this matter.

18    <strong>EIGHTEENTH AFFIRMATIVE DEFENSE</strong>

19    <strong>(No Injunctive Relief)</strong>

20           Plaintiff and Class Members are not entitled to injunctive relief because any

21    alleged injury to Plaintiff or the putative class is not immediate or irreparable and

22    Plaintiff has an adequate remedy at law.

23    <strong>NINETEENTH AFFIRMATIVE DEFENSE</strong>

24    <strong>(Other Defenses)</strong>

25           Criteo claims the benefit of all other defenses and presumptions set forth in or

26    arising from any rule of law or statute or any other rule of law that is deemed to apply

27    in this action. Criteo reserves the right to assert any additional defenses which may be

28    disclosed during the course of additional investigation and discovery.

1

## **PRAYER**

2        WHEREFORE, having fully answered, Criteo respectfully prays for judgment

3   as follows:

4        1.    that the Court deny Plaintiff's request for certification of a class;

5        2.    that judgment be entered in favor of Criteo and against Plaintiff;

6        3.    that Plaintiff take nothing from Criteo by his suit;

7        4.    that the Complaint be dismissed in its entirety with prejudice; and

8        5.    for such other and further relief as the Court may deem just and proper.

9   Dated:  November 28, 2025

10                         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

11

12                         By    _____
                                        */s/ Tenaya Rodewald*
13                                    TENAYA RODEWALD
                                     THOMAS DILLICKRATH
14                                      JENNIFER LE
                                       MARK RATWAY
15                                 SAMUEL HYAMS-MILLARD
                                 *Attorneys for Defendant Criteo Corp.*
16

17

18

19

20

21

22

23

24

25

26

27

28

SMRH:4925-0020-4412     DEFENDANT CRITEO CORP.'S ANSWER TO SECOND AMENDED COMPLAINT