Jonathan M. Jagher (*pro hac vice*)
**FREED KANNER LONDON AND MILLEN LLC**
923 Fayette Street
Conshohocken, PA 19428
(610) 234-6486
Jjagher@fklmlaw.com

Nicholas R. Lange (*pro hac vice*)
**FREED KANNER LONDON AND MILLEN LLC**
100 Tri-State International Drive, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4510
Facsimile(224) 632-4521
nlange@fklmlaw.com

John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 South Beverly Drive, Penthouse
Beverly Hills, California, 90212
Telephone: (858) 209-6941
Facsimile: (865) 522-0049
jnelson@milberg.com

Jeff Ostrow (*pro hac vice*)
**KOPELOWITZ OSTROW P.A.**
1 W. Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: (925) 332-4200
Facsimile: (954) 525-4300
ostrow@kolawyers.com

*Counsel for Plaintiff and the Putative Classes*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN BREWER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC., CRITEO CORP., and MEDALLIA, INC.<br><br>Defendants. | Case No. 2:25-cv-04689-MWC-E<br><br>**STIPULATION OF DISMISSAL** |

The parties, by and through their counsel of record, hereby stipulate that the above-captioned action is voluntarily dismissed in its entirety, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (authorizing voluntary dismissal "without a court order" upon a "stipulation of dismissal signed by all parties who have appeared"). This stipulation of dismissal shall not affect the claims of any other putative class members as no class has been certified and this voluntary dismissal dismisses the class action allegations without prejudice. Each party shall bear its own fees and costs.

Dates January 30, 2026

| | |
|---|---|
| */s/Jonathan M. Jagher*<br>Jonathan M. Jagher (*pro hac vice*)<br>FREED KANNER LONDON & MILLEN LLC<br>923 Fayette St.<br>Conshohocken, PA 19428 | */s/Lauri A. Mazzuchetti*<br>Lauri A. Mazzuchetti (*pro hac vice*)<br>Whitney M. Smith (*pro hac vice*)<br>KELLEY DRYE & WARREN LLP<br>7 Giralda Farms, Suite 340<br>Madison, NJ 07940 |

|   |   |
|---|---|
| Telephone: (224) 632-4500 | Telephone: (973) 503-5900 |
| Facsimile: (224) 632-4521 | Facsimile: (973) 503-5950 |
| jjagher@fklmlaw.com | wsmith@kelleydrye.com |
|   | lmazzuchetti@kelleydrye.com |
| Nicholas R. Lange (*pro hac vice*) |   |
| FREED KANNER LONDON & | Rebecca B. Durrant (SBN 350444) |
| MILLEN LLC | KELLEY DRYE & WARREN LLP |
| 100 Tri-State International Drive, | 350 South Grand Avenue |
| Suite 128 | Suite 3800 |
| Lincolnshire, IL 60069 | Los Angeles, CA 90071 |
| Telephone: (224) 632-4510 | Telephone: (212) 808-7551 |
| Facsimile: (224) 632-4521 | Facsimile: (213) 547-4901 |
| nlange@fklmlaw.com | rdurrant@kelleydrye.com |
|   |   |
| Steven Sukert (*pro hac vice*) | Stephanie A. Carroll (*pro hac vice*) |
| Jeff Ostrow (*pro hac vice*) | KELLEY DRYE & WARREN LLP |
| KOPELOWITZ OSTROW P.A. | 3 World Trade Center |
| 1 W. Las Olas Blvd., Suite 500 | 175 Greenwich Street |
| Fort Lauderdale, FL 33301 | New York, NY 10016 |
| Telephone: (925) 332-4200 | Telephone: (212) 808-7800 |
| Facsimile: (954) 525-4300 | Facsimile: (212) 808-7897 |
| sukert@kolawyers.com | scarroll@kelleydrye.com |
| ostrow@kolawyers.com |   |
|   | *Counsel for Defendant* |
| John J. Nelson (*pro hac vice*) | *CVS Pharmacy, Inc.* |
| MILBERG COLEMAN BRYSON |   |
| PHILLIPS GROSSMAN PLLC |   |
| 280 S. Beverly Dr. |   |
| Beverly Hills, CA 92102 |   |
| Telephone: (858) 209-6941 |   |
| jnelson@milberg.com |   |
|   |   |
| William J. Edelman (*pro hac vice*) |   |
| MILBERG COLEMAN BRYSON |   |
| PHILLIPS GROSSMAN PLLC |   |
| 227 W. Monroe Street, Suite 2100 |   |
| Chicago, IL 60606 |   |
| Telephone: (866) 252-0878 |   |
| wedelman@milberg.com |   |

*Counsel for Plaintiff Justin Brewer*

| | |
|---|---|
| */s/Tenaya Rodewald* | */s/Matthew D. Pearson* |
| Tenaya Rodewald (SBN 248563) | Matthew D. Pearson (SBN 294302) |
| SHEPARD, MULLIN, RICHTER & HAMPTON LLP | Monique Matar (SBN 317145) |
| 1540 El Camino Real, Suite 120 | WOMBLE BOND DICKINSON (US) LLP |
| Menlo Park, CA 94025 | 400 Spectrum Center Drive |
| Telephone: (650) 815-2600 | Suite 1700 |
| Facsimile: (650) 815-2601 | Irvine, California 92618 |
| trodewald@sheppardmullin.com | Telephone: (714) 557-3800 |
| | Facsimile: (714) 557-3347 |
| Thomas Dillickrath (*pro hac vice*) | Matthew.Pearson@wbd-us.com |
| SHEPARD, MULLIN, RICHTER & HAMPTON LLP | Monique.Matar@wbd-us.com |
| 2099 Pennsylvania Avenue, NW | |
| Suite 100 | Tomio B. Narita (SBN 156576) |
| Washington, D.C. 20006-6801 | WOMBLE BOND DICKINSON (US) LLP |
| Telephone: (202) 747-1900 | 50 California St, Ste 2750, |
| Facsimile: (202) 747-1901 | San Francisco, CA 94111 |
| tdillickrath@sheppardmullin.com | Telephone: (415) 765-6274 |
| | Tomio.Narita@wbd-us.com |
| Jennifer N. Le (SBN 307755) | |
| SHEPARD, MULLIN, RICHTER & HAMPTON LLP | *Counsel for Defendant Medallia, Inc.* |
| 350 South Grand Avenue, 40th Floor | |
| Los Angeles, CA 90071 | |
| Telephone: (213) 620-1780 | |
| Facsimile: (213) 620-1398 | |
| jle@sheppardmullin.com | |
| | |
| Mark Ratway (*pro hac vice*) | |
| SHEPARD, MULLIN, RICHTER & HAMPTON LLP | |
| 2200 Ross Avenue, 20th Floor | |
| Dallas, TX 75201 | |
| Telephone: (469) 391-7400 | |
| Facsimile: (469) 391-7401 | |

mratway@sheppardmullin.com

Samuel Hyams-Millard (SBN 317941)
SHEPARD, MULLIN, RICHTER &
HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
shyams-millard@sheppardmullin.com

*Counsel for Defendant Criteo Corp.*

## ATTESTATION

     Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing of this stipulation and have authorized the filing of this stipulation.

DATED: January 30, 2026         Respectfully submitted,

                                        */s/ Jonathan M. Jagher*
                                        Jonathan M. Jagher